Abraham J. Colman (SBN 146933)
Email: acolman@reedsmith.com
David S. Reidy (SBN 225904)
Email: dreidy@reedsmith.com
James E. Heffner (SBN 245406)
Email: jeheffner@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:    +1 415 543 8700
Facsimile:    +1 415 391 8269

Attorneys for Defendant
Discover Financial Services

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MICHAEL WILLIAMS,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, AMERICAN EXPRESS TRAVEL RELATED SERVICES, INC.; DISCOVER FINANCIAL SERVICES; PINNACLE CREDIT SERVICES, INC.; ASSET ACCEPTANCE, LLC; and NATIONAL CREDIT ADJUSTERS, LLC,<br><br>　　　　　　Defendants. | Case No. CV 07 5956 CRB<br><br>**DEFENDANT DISCOVER FINANCIAL SERVICES'S CORPORATE DISCLOSURE STATEMENT**<br><br>Compl. Filed:    November 26, 2007 |

　　　　Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report. There is no parent corporation of Discover

1  Financial Services and no publicly held corporation owns 10% or more of Discover Financial
2  Services's stock.

4   DATED: December 21, 2007.

   REED SMITH LLP

   By _____
   James E. Heffner
   Attorneys for Defendant
   Discover Financial Services

REED SMITH LLP
A limited liability partnership formed in the State of Delaware