1  David L. Wallach (State Bar No. 233432)
   dwallach@jonesday.com
2  JONES DAY
   555 California Street
3  San Francisco, CA  94105
   Telephone:    (415) 626-3939
4  Facsimile:    (415) 875-5700

5  Of Counsel
   Cindy W. Andrew (TX State Bar No. 00796128)
6  candrew@jonesday.com
   JONES DAY
7  2727 North Harwood Street
   Dallas, TX  75201
8  Telephone:    (214) 220-3939
   Facsimile:    (214) 969-5100

9
   Attorneys for Defendant
10 EXPERIAN INFORMATION SOLUTIONS, INC.

11
                    UNITED STATES DISTRICT COURT
12
                  NORTHERN DISTRICT OF CALIFORNIA
13

14

   **ROBERT MICHAEL WILLIAMS**          **Case No. C-07-5956CRB**
15
                **Plaintiff,**            **EXPERIAN INFORMATION**
16                                        **SOLUTIONS, INC.'S ORIGINAL**
                                          **ANSWER AND AFFIRMATIVE**
17        **v.**                          **DEFENSES**

   **TRANS UNION, LLC, EXPERIAN**
18 **INFORMATION SOLUTIONS, INC.,**
   **EQUIFAX INFORMATION SERVICES,**
19 **LLC, AMERICAN EXPRESS TRAVEL**
   **RELATED SERVICES, INC.; DISCOVER**
20 **FINANCIAL SERVICES; PINNACLE**
   **CREDIT SERVICES, INC.; ASSET**
21 **ACCEPTANCE, LLC; and NATIONAL**
   **CREDIT ADJUSTERS, LLC.**
22
                **Defendant.**
23

24
        Defendant Experian Information Solutions, Inc. ("Experian") files its Original Answer
25
   and Affirmative Defenses to Plaintiff's Original Complaint ("Complaint") filed by Robert
26
   Michael Williams as follows:
27
        1.      In response to the averments contained in paragraph 1 of the Complaint, Experian
28

1  admits that plaintiff's action is brought pursuant to the FCRA.  Experian admits that this Court

2  has subject matter jurisdiction over this matter.  By way of further answer, Experian lacks

3  knowledge or information sufficient to form a belief as to the truth or falsity of the averments that

4  purport to apply to plaintiff's residency and on that basis denies those averments.  Experian

5  expressly denies that it is liable to plaintiff or that plaintiff is in any way entitled to relief from

6  Experian.  Experian denies the remaining averments of paragraph 1.

7         2.        In response to the averments contained in paragraph 2 of the Complaint, Experian

8  denies the averments that purport to apply to Experian.  Experian denies the remaining averments

9  of paragraph 2.

10        3.        In response to the averments contained in paragraph 3 of the Complaint, Experian

11  states that it lacks knowledge or information sufficient to form a belief as to the truth or falsity of

12  the averments that purport to apply to other defendants and, on that basis, denies those averments.

13  Experian denies the remaining averments of paragraph 3.

14        4.        In response to the averments contained in paragraph 4 of the Complaint, Experian

15  states that it lacks knowledge or information sufficient to form a belief as to the truth or falsity of

16  the averments that purport to apply to other defendants and, on that basis, denies those averments.

17  Experian denies the remaining averments of paragraph 4.

18        5.        In response to the averments contained in paragraph 5 of the Complaint, Experian

19  states that it lacks knowledge or information sufficient to form a belief as to the truth or falsity of

20  the averments that purport to apply to other defendants and, on that basis, denies those averments.

21  Experian denies the remaining averments of paragraph 5.

22        6.        In response to the averments contained in paragraph 6 of the Complaint, Experian

23  admits that plaintiff is a consumer as defined by the FCRA.  Experian lacks knowledge

24  concerning plaintiff's residency and, on that basis, denies the averments pertaining to plaintiff's

25  residency.  Experian denies the remaining averments of paragraph 6.

26        7.        In response to the averments contained in paragraph 7 of the Complaint, Experian

27  lacks knowledge or information sufficient to form a belief as to the truth of the averments that

28  purport to apply to other defendants and on that basis denies those averments.  Experian denies

EXPERIAN'S ORIGINAL ANSWER AND
AFFIRMATIVE DEFENSES

1  the remaining averments of paragraph 7.

2      8.      In response to the averments contained in paragraph 8 of the Complaint, Experian

3  admits that it is a consumer reporting agency as defined in the FCRA and as such, receives credit

4  information and other information on consumers for the purpose of furnishing consumer reports

5  to third parties as defined by the FCRA.  Experian also admits that it is an Ohio corporation that

6  is authorized to do business, and is doing business, in California, and as a result, this Court has

7  jurisdiction under 28 U.S.C. § 1331.  Experian denies the remaining averments of paragraph 8.

8      9.      In response to the averments contained in paragraph 9 of the Complaint, Experian

9  lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

10  averments that purport to apply to other defendants and, on that basis, denies those averments.

11  Experian denies the remaining averments contained in paragraph 9 of the Complaint.

12      10.     In response to the averments contained in paragraph 10 of the Complaint, Experian

13  lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

14  averments that purport to apply to other defendants and, on that basis, denies those averments.

15  Experian denies the remaining averments contained in paragraph 10 of the Complaint.

16      11.     In response to the averments contained in paragraph 11 of the Complaint, Experian

17  lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

18  averments that purport to apply to other defendants and, on that basis, denies those averments.

19  Experian denies the remaining averments contained in paragraph 11 of the Complaint.

20      12.     In response to the averments contained in paragraph 12 of the Complaint, Experian

21  lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

22  averments that purport to apply to other defendants and, on that basis, denies those averments.

23  Experian denies the remaining averments contained in paragraph 12 of the Complaint.

24      13.     In response to the averments contained in paragraph 13 of the Complaint, Experian

25  lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

26  averments that purport to apply to other defendants and, on that basis, denies those averments.

27  Experian denies the remaining averments contained in paragraph 13 of the Complaint.

28      14.     In response to the averments contained in paragraph 14 of the Complaint, Experian

1    lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

2    averments that purport to apply to other defendants and, on that basis, denies those averments.

3    Experian denies the remaining averments contained in paragraph 14 of the Complaint.

4            15.     In response to the averments contained in paragraph 15 of the Complaint, Experian

5    lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

6    averments that purport to apply to other defendants and, on that basis, denies those averments.

7    Experian denies the remaining averments contained in paragraph 15 of the Complaint.

8            16.     Paragraph 16 of the Complaint does not require an answer because it does not

9    include any factual averments.  To the extent an answer is required, Experian denies the

10   averments in paragraph 16.

11           17.     In response to the averments contained in paragraph 17 of the Complaint, Experian

12   states that the FCRA speaks for itself.  Experian denies the remaining averments of paragraph 17.

13           18.     In response to the averments contained in paragraph 18 of the Complaint, Experian

14   lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

15   averments that purport to apply to the other defendants and/or third parties and, on that basis,

16   denies those averments.  Experian further states that it has not yet completed its investigation with

17   regard to its reporting of plaintiff's credit information.  Therefore, Experian is without knowledge

18   or information sufficient to form a belief as to the truth or the falsity of the averments that purport

19   to apply to plaintiff's credit report and, on that basis, denies those averments.  Experian denies the

20   remaining averments of paragraph 18.

21           19.     In response to the averments contained in paragraph 19 of the Complaint, Experian

22   lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

23   averments that purport to apply to the other defendants and, on that basis, denies those averments.

24   Experian, however, expressly denies that it violated the FCRA, either negligently or intentionally.

25   Furthermore, Experian denies that plaintiff is entitled to any relief sought in the Complaint or to

26   any other relief whatsoever against Experian.  Experian denies the remaining averments of

27   paragraph 19.

28           20.     In response to the averments contained in paragraph 20 of the Complaint, Experian

EXPERIAN'S ORIGINAL ANSWER AND
AFFIRMATIVE DEFENSES

1    lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

2    averments that purport to apply to the other defendants and/or third parties and, on that basis,

3    denies those averments.  Experian, however, expressly denies that it violated the FCRA, either

4    negligently or intentionally.  Furthermore, Experian denies that plaintiff is entitled to any relief

5    sought in the Complaint or to any other relief whatsoever against Experian.  Experian denies the

6    remaining averments of paragraph 20.

7        21.    In response to the averments contained in paragraph 21 of the Complaint, Experian

8    lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

9    averments that purport to apply to the other defendants and, on that basis, denies those averments.

10   Experian, however, expressly denies that it violated the FCRA, either negligently or intentionally.

11   Furthermore, Experian denies that plaintiff is entitled to any relief sought in the Complaint or to

12   any other relief whatsoever against Experian.  Experian denies the remaining averments of

13   paragraph 21.

14       22.    In response to the averments contained in paragraph 22 of the Complaint, Experian

15   lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

16   averments that purport to apply to the other defendants and, on that basis, denies those averments.

17   Experian, however, expressly denies that it violated the FCRA, either negligently or intentionally.

18   Furthermore, Experian denies that plaintiff is entitled to any relief sought in the Complaint or to

19   any other relief whatsoever against Experian.  Experian also objects to plaintiff's vague reference

20   to unspecified acts by Experian that were allegedly in violation of the FCRA.  Experian denies the

21   remaining averments of paragraph 22.

22       23.    In response to the averments contained in paragraph 23 of the Complaint, Experian

23   lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

24   averments that purport to apply to the other defendants and, on that basis, denies those averments.

25   Experian, however, expressly denies that it violated the FCRA, either negligently or intentionally.

26   Furthermore, Experian denies that plaintiff is entitled to any relief sought in the Complaint or to

27   any other relief whatsoever against Experian.  Experian denies the remaining averments of

28   paragraph 23.

1    24.    In response to the averments contained in paragraph 24 of the Complaint, Experian

2   lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

3   averments that purport to apply to the other defendants and, on that basis, denies those averments.

4   Experian, however, expressly denies that it violated the FCRA, either negligently or intentionally.

5   Furthermore, Experian denies that plaintiff is entitled to any relief sought in the Complaint or to

6   any other relief whatsoever against Experian.  Experian denies the remaining averments of

7   paragraph 24.

8    25.    In response to the averments contained in paragraph 25 of the Complaint, Experian

9   lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

10   averments that purport to apply to the other defendants and, on that basis, denies those averments.

11   Experian, however, expressly denies that it violated the FCRA, either negligently or intentionally.

12   Furthermore, Experian denies that plaintiff is entitled to any relief sought in the Complaint or to

13   any other relief whatsoever against Experian.  Experian denies the remaining averments of

14   paragraph 25.

15    26.    Paragraph 26 of the Complaint does not require an answer because it does not

16   include any factual averments.  To the extent an answer is required, Experian denies the

17   averments in paragraph 26.

18    27.    In response to the averments contained in paragraph 27 of the Complaint,

19   Experian states that the FCRA speaks for itself.  Experian denies the remaining averments

20   contained in paragraph 27 of the Complaint.

21    28.    In response to the averments contained in paragraph 28 of the Complaint, Experian

22   expressly denies that it violated the FCRA, either negligently or intentionally.  Furthermore,

23   Experian denies that plaintiff is entitled to any relief sought in the Complaint or to any other relief

24   whatsoever against Experian.  Experian denies the remaining averments contained in

25   paragraph 28 of the Complaint.

26    29.    In response to the averments contained in paragraph 29 of the Complaint, Experian

27   lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

28   averments that purport to apply to the other defendants and, on that basis, denies those averments.

1    Experian further states that it has not yet completed its investigation with regard to its reporting of

2    plaintiff's credit information.  Therefore, Experian is without knowledge or information sufficient

3    to form a belief as to the truth or the falsity of the averments that purport to apply to plaintiff's

4    credit report and, on that basis, denies those averments.  Experian denies the remaining averments

5    contained in paragraph 29 of the Complaint.

6          30.    In response to the averments contained in paragraph 30 of the Complaint, Experian

7    lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

8    averments that purport to apply to the other defendants and, on that basis, denies those averments.

9    Experian further states that it has not yet completed its investigation with regard to its reporting of

10    plaintiff's credit information.  Therefore, Experian is without knowledge or information sufficient

11    to form a belief as to the truth or the falsity of the averments that purport to apply to plaintiff's

12    credit report and, on that basis, denies those averments.  Experian denies the remaining averments

13    contained in paragraph 30 of the Complaint.

14          31.    In response to the averments contained in paragraph 31 of the Complaint, Experian

15    lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

16    averments that purport to apply to the other defendants and, on that basis, denies those averments.

17    Experian further states that it has not yet completed its investigation with regard to its reporting of

18    plaintiff's credit information.  Therefore, Experian is without knowledge or information sufficient

19    to form a belief as to the truth or the falsity of the averments that purport to apply to plaintiff's

20    credit report and, on that basis, denies those averments.  Experian denies the remaining averments

21    contained in paragraph 31 of the Complaint.

22          32.    In response to the averments contained in paragraph 32 of the Complaint, Experian

23    lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

24    averments that purport to apply to the other defendants and, on that basis, denies those averments.

25    Experian expressly denies that it violated the FCRA, either negligently or intentionally.

26    Furthermore, Experian denies that plaintiff is entitled to any relief sought in the Complaint or to

27    any other relief whatsoever against Experian.  Experian denies the remaining averments contained

28    in paragraph 32 of the Complaint.

1      33.     In response to the averments contained in paragraph 33 of the Complaint, Experian

2   lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

3   averments that purport to apply to the other defendants and, on that basis, denies those averments.

4   Experian expressly denies that it violated the FCRA, either negligently or intentionally.

5   Furthermore, Experian denies that plaintiff is entitled to any relief sought in the Complaint or to

6   any other relief whatsoever against Experian.  Experian denies the remaining averments contained

7   in paragraph 33 of the Complaint.

8      34.     In response to the averments contained in paragraph 34 of the Complaint, Experian

9   lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

10  averments that purport to apply to the other defendants and, on that basis, denies those averments.

11  Experian expressly denies that it violated the FCRA, either negligently or intentionally.

12  Furthermore, Experian denies that plaintiff is entitled to any relief sought in the Complaint or to

13  any other relief whatsoever against Experian.  Experian denies the remaining averments contained

14  in paragraph 34 of the Complaint.

15     35.     In response to the averments contained in paragraph 35 of the Complaint, Experian

16  lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

17  averments that purport to apply to the other defendants and, on that basis, denies those averments.

18  Experian expressly denies that it violated the FCRA, either negligently or intentionally.

19  Furthermore, Experian denies that plaintiff is entitled to any relief sought in the Complaint or to

20  any other relief whatsoever against Experian.  Experian denies the remaining averments contained

21  in paragraph 35 of the Complaint.

22     36.     Paragraph 36 of the Complaint does not require an answer because it does not

23  include any factual averments.  To the extent an answer is required, Experian denies the

24  averments of paragraph 36.

25     37.     In response to the averments contained in paragraph 37 of the Complaint, Experian

26  lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

27  averments that purport to apply to the other defendants and, on that basis, denies those averments.

28  Experian denies the remaining averments contained in paragraph 37 of the Complaint.

EXPERIAN'S ORIGINAL ANSWER AND
AFFIRMATIVE DEFENSES

1    38.    In response to the averments contained in paragraph 38 of the Complaint, Experian

2    lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

3    averments that purport to apply to the other defendants and, on that basis, denies those averments.

4    Experian denies the remaining averments contained in paragraph 38 of the Complaint.

5    39.    In response to the averments contained in paragraph 39 of the Complaint, Experian

6    lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

7    averments that purport to apply to the other defendants and, on that basis, denies those averments.

8    Experian denies the remaining averments contained in paragraph 39 of the Complaint.

9    40.    In response to the averments contained in paragraph 40 of the Complaint, Experian

10   lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

11   averments that purport to apply to the other defendants and, on that basis, denies those averments.

12   Experian expressly denies that it violated the FCRA, either negligently or intentionally.

13   Furthermore, Experian denies that plaintiff is entitled to any relief sought in the Complaint or to

14   any other relief whatsoever against Experian.  Experian denies the remaining averments contained

15   in paragraph 40 of the Complaint.

16   41.    In response to the averments contained in paragraph 41 of the Complaint, Experian

17   lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

18   averments that purport to apply to the other defendants and, on that basis, denies those averments.

19   Experian expressly denies that it violated the FCRA, either negligently or intentionally.

20   Furthermore, Experian denies that plaintiff is entitled to any relief sought in the Complaint or to

21   any other relief whatsoever against Experian.  Experian denies the remaining averments contained

22   in paragraph 41 of the Complaint.

23   42.    In response to the averments contained in paragraph 42 of the Complaint, Experian

24   lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

25   averments that purport to apply to the other defendants and, on that basis, denies those averments.

26   Experian expressly denies that it violated the FCRA, either negligently or intentionally.

27   Furthermore, Experian denies that plaintiff is entitled to any relief sought in the Complaint or to

28   any other relief whatsoever against Experian.  Experian denies the remaining averments contained

EXPERIAN'S ORIGINAL ANSWER AND
AFFIRMATIVE DEFENSES

1   in paragraph 42 of the Complaint.

2        43.     In response to the averments contained in paragraph 43 of the Complaint, Experian

3   lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

4   averments that purport to apply to plaintiff, other defendants, and/or other third parties and, on

5   that basis, denies those averments.  Experian denies the remaining averments contained in

6   paragraph 43 of the Complaint.

7        44.     In response to the averments contained in paragraph 44 of the Complaint, Experian

8   lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

9   averments that purport to apply to plaintiff, other defendants, and/or other third parties and, on

10   that basis, denies those averments.  Experian denies the remaining averments contained in

11   paragraph 44 of the Complaint.

12        45.     In response to the averments contained in paragraph 45 of the Complaint, Experian

13   lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

14   averments that purport to apply to plaintiff, other defendants, and/or other third parties and, on

15   that basis, denies those averments.  Experian denies the remaining averments of paragraph 45.

16        46.     In response to the averments contained in paragraph 46 of the Complaint, Experian

17   lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

18   averments that purport to apply to plaintiff, other defendants, and/or other third parties and, on

19   that basis, denies those averments.  Experian denies the remaining averments of paragraph 46.

20        47.     In response to the averments contained in paragraph 47 of the Complaint, Experian

21   lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

22   averments that purport to apply to plaintiff, other defendants, and/or other third parties and, on

23   that basis, denies those averments.  Experian denies the remaining averments of paragraph 47.

24        48.     In response to the averments contained in paragraph 48 of the Complaint, Experian

25   lacks knowledge or information sufficient to form a belief as to the truth or falsity of the

26   averments that purport to apply to plaintiff, other defendants, and/or other third parties and, on

27   that basis, denies those averments. Experian lacks knowledge or information sufficient to form a

28   belief as to the truth or falsity of the averments that purport to apply to other defendants and, on

1  that basis, denies those averments.  Experian denies the remaining averments of paragraph 48.

2    49.    In response to the averments contained in the unnumbered paragraph beginning

3  "Wherefore" and each of its subparts, Experian denies that plaintiff is entitled to any relief sought

4  in the Complaint or to any other relief whatsoever against Experian.  Experian denies the

5  remaining averments of these unnumbered paragraphs.

6    **AFFIRMATIVE DEFENSES**

7    50.    In addition to the responses to the individual paragraphs above, Experian further

8  pleads the following affirmative defenses.

9    **FIRST DEFENSE**

10    51.    As an affirmative defense, Experian states that the injuries and damages allegedly

11  sustained by plaintiff were directly and proximately caused by the acts of others.

12    **SECOND DEFENSE**

13    52.    As an affirmative defense, Experian states that plaintiff's rights of recovery are

14  barred by the doctrines of waiver, estoppel or laches and by the statute of limitations as set out in

15  15 U.S.C. §1681p, and any other applicable statute of limitations.

16    **THIRD DEFENSE**

17    53.    As an affirmative defense, Experian states that plaintiff's claims against Experian

18  are barred by the qualified immunity of 15 U.S.C. § 1681h(e).

19    **FOURTH DEFENSE**

20    54.    As an affirmative defense, Experian states that plaintiff's rights of recovery based

21  upon any alleged action or proceeding under state or common law are barred pursuant to 15

22  U.S.C. §1681h(e).

23    **FIFTH DEFENSE**

24    55.    As an affirmative defense, Experian states that all or part of the damages allegedly

25  suffered by plaintiffs in this action were caused by plaintiff's failure to mitigate damages as

26  required by law.

27    **SIXTH DEFENSE**

28    56.    As an affirmative defense, Experian states that plaintiff is barred from recovery to

EXPERIAN'S ORIGINAL ANSWER AND
AFFIRMATIVE DEFENSES

- 11 -

1  the extent plaintiff was contributorily and/or comparatively negligent.

2                                    **SEVENTH DEFENSE**

3       57.     As an affirmative defense, Experian states that the complaint fails to state a claim

4  upon which relief can be granted to the plaintiffs and should be dismissed.

5                                    **EIGHTH DEFENSE**

6       58.     As an affirmative defense, Experian states that any claims for punitive or

7  exemplary damages violate Experian's right to due process of law under the United States and

8  California Constitutions.

9                                        **PRAYER**

10      WHEREFORE, defendant Experian prays that plaintiff take nothing as a result of this suit,

11 that this action be dismissed in its entirety, and that Experian be awarded all costs, including

12 reasonable attorney's fees, and other relief that the Court deems just and proper.

13

   Dated: December 26, 2007                    JONES DAY
14

15

                                              By:    /S/ David L. Wallach
16                                                   David L. Wallach
                                                     California Bar No. 233432
17                                                   JONES DAY
                                                     555 California Street
18                                                   San Francisco, CA  94105
                                                     Telephone:  (415) 626-3939
19                                                   Facsimile:  (415) 875-5700
                                                     dwallach@jonesday.com
20
                                                     Cindy W. Andrew
21                                                   Of Counsel
                                                     Texas Bar No. 00796128
22                                                   JONES DAY
                                                     2727 North Harwood Street
23                                                   Dallas, Texas  75201-1515
                                                     Telephone:  (214) 220-3939
24                                                   Facsimile:  (214) 969-5100
                                                     candrew@jonesday.com
25
                                                     Attorneys for Defendant
26                                                   EXPERIAN INFORMATION SOLUTIONS,
                                                     INC.
27

28

                                                           EXPERIAN'S ORIGINAL ANSWER AND
                                                           AFFIRMATIVE DEFENSES
                                            - 12 -

1

**CERTIFICATE OF SERVICE**

2

I hereby certify that copies of the foregoing have been served on Mark F. Anderson,

3

Kemnitzer, Anderson, Barron, Ogilvie & Brewer LLP, 445 Bush Street, 6th Floor, San Francisco,

4

California 94108, counsel for plaintiff, and all other counsel of record via the electronic filing

5

system this 26th day of December, 2007.

6

7

8

_____/S/ David L. Wallach_____<br>
David L. Wallach

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXPERIAN'S ORIGINAL ANSWER AND<br>
AFFIRMATIVE DEFENSES

- 13 -