1  David L. Wallach (State Bar No. 233432)
   dwallach@jonesday.com
2  JONES DAY
   555 California Street
3  San Francisco, CA  94105
   Telephone:     (415) 626-3939
4  Facsimile:     (415) 875-5700

5  Of Counsel
   Cindy W. Andrew (TX State Bar No. 00796128)
6  candrew@jonesday.com
   JONES DAY
7  2727 North Harwood Street
   Dallas, TX  75201
8  Telephone:     (214) 220-3939
   Facsimile:     (214) 969-5100
9
   Attorneys for Defendant
10 EXPERIAN INFORMATION SOLUTIONS, INC.

11
                          UNITED STATES DISTRICT COURT
12
                         NORTHERN DISTRICT OF CALIFORNIA
13

14
15 | **ROBERT MICHAEL WILLIAMS** | **Case No. C-07-5956CRB** |
   |---|---|
16 | **Plaintiff,** | **EXPERIAN INFORMATION SOLUTIONS, INC.'S CERTIFICATE OF INTERESTED PARTIES** |
17 | **v.** | |
18 | **TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, AMERICAN EXPRESS TRAVEL RELATED SERVICES, INC.; DISCOVER FINANCIAL SERVICES; PINNACLE CREDIT SERVICES, INC.; ASSET ACCEPTANCE, LLC; and NATIONAL CREDIT ADJUSTERS, LLC.** | |
   | **Defendant.** | |

24
          The undersigned, counsel of record for Experian Information Solutions, Inc., ("Experian")
25
   hereby certifies pursuant to Federal Rule of Civil Procedure 7.1 that the following listed parties
26
   have a direct, pecuniary interest in the outcome of this case.  This certification is made to enable
27
   the Court to evaluate possible disqualification or recusal:
28

                                                       EXPERIAN'S CERTIFICATE OF
                                                         INTERESTED PARTIES

1. Parent Companies: The parent company of Experian is Experian Group Limited.

2. Subsidiaries Not Wholly Owned: The following companies are subsidiaries of Experian that are not wholly owned:

    (a) First American Real Estate Solutions, LLC

    (b) First American Real Estate Solutions II, LLC

    (c) Vehicle Title, LLC

    (d) Central Source LLC

    (e) Online Data Exchange LLC

    (f) New Management Services LLC

    (g) Vantage Score Solutions LLC

3. Publicly Held Companies: Experian Group Limited owns 100 percent of Experian. Experian Group Limited is publicly traded on the London Stock Exchange.

Dated: December 26, 2007                               JONES DAY

By:    /S/ David L. Wallach
      David L. Wallach
      California Bar No. 233432
      JONES DAY
      555 California Street
      San Francisco, CA 94105
      Telephone: (415) 626-3939
      Facsimile: (415) 875-5700
      dwallach@jonesday.com

      Cindy W. Andrew
      Of Counsel
      Texas Bar No. 00796128
      JONES DAY
      2727 North Harwood Street
      Dallas, Texas 75201-1515
      Telephone: (214) 220-3939
      Facsimile: (214) 969-5100
      candrew@jonesday.com

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

**CERTIFICATE OF SERVICE**

I hereby certify that copies of the foregoing have been served on Mark F. Anderson, Kemnitzer, Anderson, Barron, Ogilvie & Brewer LLP, 445 Bush Street, 6th Floor, San Francisco, California 94108, counsel for plaintiff, and all other counsel of record via the electronic filing system this 26th day of December, 2007.

        /S/ David L. Wallach
David L. Wallach

EXPERIAN'S CERTIFICATE OF
INTERESTED PARTIES

- 3 -