Mark F. Anderson (SBN 44787)
Kemnitzer, Anderson, Barron, Ogilvie & Brewer LLP
445 Bush Street, 6th Floor
San Francisco, CA 94108
Ph: (415) 861-2265
Fax: (415) 861-3151
mark@kabolaw.com

Attorneys for Plaintiff Robert Michael Williams

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MICHAEL WILLIAMS,<br><br>Plaintiffs,<br><br>v.<br><br>TRANS UNION, LLC, et al,<br><br>Defendants | Case No. 3:07-cv-05956-CRB<br><br>STIPULATION FOR DISMISSAL OF PLAINTIFF'S CLAIMS AS AGAINST DEFENDANT NATIONAL CREDIT ADJUSTERS, INC. |

Pursuant to FRCP 41(a)(1), plaintiff Robert Michael Williams and defendant Trans Union, LLC, hereby stipulate to the dismissal of plaintiff's claims against defendant National Credit Adjusters, Inc.

Dated: January 2, 2008.

KEMNITZER, ANDERSON, BARRON, OGILVIE & BREWER, LLP

By _____
Mark F Anderson
Attorneys for Robert Michael Williams

//
//
//

Stip for Dismissal of Claims (Nat'l Credit Adjusters) in *Williams v Trans Union*

1

1 | P. 2 of Stipulation for Dismissal in *Williams v Trans Union (Nat'l Credit Adjusters)*

2 | Dated: January 3, 2008.

National Credit Adjusters, Inc.

By _____
By Charles Hyter
A Person Authorized to Approve this Stipulation
on behalf of National Credit Adjusters, Inc.

28 | Stip for Dismissal of Claims (Nat'l Credit Adjusters) in *Williams v Trans Union*