Mark F. Anderson (SBN 44787)
Kemnitzer, Anderson, Barron, Ogilvie & Brewer LLP
445 Bush Street, 6th Floor
San Francisco, CA 94108
Ph: (415) 861-2265
Fax: (415) 861-3151
mark@kabolaw.com

Attorneys for Plaintiff Robert Michael Williams

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MICHAEL WILLIAMS, | Case No. 3:07-cv-05956-CRB |
| Plaintiffs, | |
| v. | ORDER FOR DISMISSAL OF PLAINTIFF'S CLAIMS AS AGAINST DEFENDANT NATIONAL CREDIT ADJUSTERS, INC. |
| TRANS UNION, LLC, et al, | |
| Defendants. | |

Pursuant to the stipulation of the parties, it is hereby ordered that plaintiff's claims against defendant National Credit Adjusters, Inc. are dismissed with prejudice and without costs to any party.

Dated: January 11, 2008.

_____
Judge of

IT IS SO ORDERED

Judge Charles R. Breyer

Order for Dismissal of Claims (Nat'l Credit Adjusters) in *Williams v Trans Union*