Abraham J. Colman (SBN 146933)
Email: acolman@reedsmith.com
David S. Reidy (SBN 225904)
Email: dreidy@reedsmith.com
James E. Heffner (SBN 245406)
Email: jeheffner@reedsmith.com
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922

**Mailing Address:**
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:   +1 415 543 8700
Facsimile:   +1 415 391 8269

Attorneys for Defendant
DFS Services LLC (sued erroneously as
Discover Financial Services)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MICHAEL WILLIAMS,<br><br>Plaintiff,<br><br>vs.<br><br>TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, AMERICAN EXPRESS TRAVEL RELATED SERVICES, INC.; DISCOVER FINANCIAL SERVICES; PINNACLE CREDIT SERVICES, INC.; ASSET ACCEPTANCE, LLC; and NATIONAL CREDIT ADJUSTERS, LLC,<br><br>Defendants. | Case No. CV 07 5956 CRB<br><br>**DEFENDANT DFS SERVICES LLC'S AMENDED CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT**<br><br>Compl. Filed:    November 26, 2007 |

   Defendant DFS Services LLC, sued erroneously as Discover Financial Services, hereby submits this amended certificate of interested parties. Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in

1  controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter
2  or in a party that could be substantially affected by the outcome of this proceeding:
3      Discover Financial Services is the parent company of DFS Financial Services LLC.
4  Discover Financial Services is a publicly traded company. No shareholder owns more than 10% of
5  Discover Financial Services stock.

7  DATED: January 18, 2008

8      REED SMITH LLP

10  By _____
11  David S. Reidy
    Attorneys for Defendant
12  DFS Services LLC (sued erroneously as Discover Financial Services)