THOMAS P. QUINN, JR.  (SBN: 132268)
NOKES & QUINN
450 OCEAN AVENUE
LAGUNA BEACH, CA 92651
Tel: (949) 376-3055
Fax:  (949) 376-3070
Email: tquinn@nokesquinn.com

Attorneys for Defendant EQUIFAX INFORMATION SERVICES LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MICHAEL WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS,INC., EQUIFAX INFORMATION SERVICES, LLC. AMERICAN EXPRESS TRAVEL RELATED SERVICES INC., DISCOVER FINANCIAL SERVICES; PINNACLE CREDIT SERVICES INC; ASSET ACCEPTANCE LLC; and NATIONAL CREDIT ADJUSTERS, LLC,<br><br>Defendants. | Case No:  C 07-05956 CRB<br><br>**STIPULATION TO EXTENSION OF TIME FOR DEFENDANT EQUIFAX INFORMATION SERVICES LLC TO RESPOND TO COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED to by and between counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended through and including January 23, 2008.

Dated this 22nd day of January, 2008.

KEMNITZER ANDERSON BARRON            NOKES & QUINN
    OGILVIE & BREWER, LLP

/S/ MARK F. ANDERSON                            /S/ THOMAS P. QUINN, JR.
MARK F. ANDERSON                                  THOMAS P. QUINN, JR.
Attorney for Plaintiff                                    Attorney for Defendant Equifax

- 1 –
STIPULATION OF EXTENSION OF TIME FOR
DEFENDANT EQUIFAX TO RESPOND TO COMPLAINT
Case No: C 07-05956 CRB