1  THOMAS P. QUINN, JR.  (SBN: 132268)
   NOKES & QUINN
2  450 OCEAN AVENUE
   LAGUNA BEACH, CA 92651
3  Tel: (949) 376-3055
   Fax:  (949) 376-3070
4  Email: tquinn@nokesquinn.com

5  Attorneys for Defendant EQUIFAX
   INFORMATION SERVICES LLC
6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10

11 ROBERT MICHAEL WILLIAMS,            )  Case No:  C 07-05956 CRB
                                       )
12             Plaintiff,              )
                                       )
13 v.                                  )
                                       )  **CERTIFICATION AND NOTICE OF**
14 TRANS UNION, LLC, EXPERIAN          )  **INTERESTED PARTIES OF**
   INFORMATION SOLUTIONS, INC.,        )  **DEFENDANT EQUIFAX**
15 EQUIFAX INFORMATION SERVICES,       )  **INFORMATION SERVICES LLC**
   LLC. AMERICAN EXPRESS TRAVEL        )
16 RELATED SERVICES INC., DISCOVER     )
   FINANCIAL SERVICES; PINNACLE        )
17 CREDIT SERVICES INC; ASSET          )
   ACCEPTANCE LLC; and NATIONAL        )
18 CREDIT ADJUSTERS, LLC,              )
                                       )
19             Defendants.             )
                                       )
20                                     )
                                       )
21 _____)

22      Pursuant to FRCP 7.1, the undersigned, counsel of record for Defendant EQUIFAX

23 INFORMATION SERIVES, LLC., certifies that the following listed parties have a direct,

24 pecuniary interest in the outcome of this case.  These representations are made to enable the

25 Court to evaluate possible disqualification or recusal:

26      1.   Equifax Information Services, LLC is a wholly-owned subsidiary of Equifax,

27           Inc., a publicly traded company; and

28 ///

- 1 –

NOTICE OF INTERESTED PERSONS OF DEFENDANT EQUIFAX
Case No:  C 07-05956 CRB

2. Equifax Inc. is a Georgia corporation and a publicly traded company.

                                                NOKES & QUINN

Dated: January 23, 2008                    /S/ THOMAS P. QUINN, JR.
                                                THOMAS P. QUINN, JR.
                                                Attorneys for Defendant EQUIFAX
                                                INFORMATION SERVICES LLC

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 2 –

NOTICE OF INTERESTED PERSONS OF DEFENDANT EQUIFAX
Case No: C 07-05956 CRB