1  THOMAS P. QUINN, JR.  (SBN: 132268)
   NOKES & QUINN
2  450 OCEAN AVENUE
   LAGUNA BEACH, CA 92651
3  Tel: (949) 376-3055
   Fax: (949) 376-3070
4  Email: tquinn@nokesquinn.com

5  Attorneys for Defendant EQUIFAX
   INFORMATION SERVICES LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MICHAEL WILLIAMS, ) | Case No: C 07-05956 CRB |
| ) Plaintiff, ) | |
| v. ) | |
| ) | **STIPULATION TO EXTENSION OF** |
| TRANS UNION, LLC, EXPERIAN ) INFORMATION SOLUTIONS,INC., ) | **TIME FOR DEFENDANT EQUIFAX** |
| EQUIFAX INFORMATION SERVICES, ) | **INFORMATION SERVICES LLC TO** |
| LLC. AMERICAN EXPRESS TRAVEL ) | **RESPOND TO COMPLAINT** |
| RELATED SERVICES INC., DISCOVER ) FINANCIAL SERVICES; PINNACLE ) CREDIT SERVICES INC; ASSET ) ACCEPTANCE LLC; and NATIONAL ) CREDIT ADJUSTERS, LLC, ) ) Defendants. ) | |

IT IS HEREBY STIPULATED AND AGREED to by and between counsel, that Defendant Equifax Information Services LLC's time to answer, move or otherwise respond to the Complaint in this action is extended through and including January 23, 2008.

Dated this 22nd day of January, 2008.

KEMNITZER ANDERSON BARRON          NOKES & QUINN
     OGILVIE & BREWER, LLP

/S/ MARK F. ANDERSON                /S/ THOMAS P. QUINN, JR.
MARK F. ANDERSON                    THOMAS P. QUINN, JR.
Attorney for Plaintiff              Attorney for Defendant Equifax

IT IS SO ORDERED
Judge Charles R. Breyer
Signed 1/24/08

- 1 -
STIPULATION OF EXTENSION OF TIME FOR
DEFENDANT EQUIFAX TO RESPOND TO COMPLAINT
Case No: C 07-05956 CRB