MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW
650 TOWN CENTER DRIVE, SUITE 1200
COSTA MESA, CALIFORNIA 92626-1925
TELEPHONE 714-668-2447
FACSIMILE 714-668-2490

Donald E. Bradley (State Bar No. 145037)
d.bradley@mpglaw.com

Attorneys for Defendant TRANS UNION LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MICHAEL WILLIAMS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, AMERICAN EXPRESS TRAVEL RELATED SERVICES, INC.; DISCOVER FINANCIAL SERVICES; PINNCLE CREDIT SERVICES, INC.; ASSET ACCEPTANCE, LLC; and NATIONAL CREDIT ADJUSTERS, LLC,<br><br>　　　　　Defendants. | Case No. CV-07-5956<br><br>Complaint Filed: November 26, 2007<br><br>**ADR CERTIFICATION BY TRANS UNION LLC** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), counsel for Defendant Trans Union LLC certifies that he has:

　　　　(1)　Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov;

　　　　(2)　Discussed the available dispute resolution options provided by the Court and private entities; and

572487.1

1   (3)   Considered whether this case might benefit from any of the
2   available dispute resolution options.
3
4   DATED: February 8, 2008        MUSICK, PEELER & GARRETT LLP
5
6                                  By: _____
7                                      Donald E. Bradley
                                        Attorneys for Defendant TRANS UNION
                                        LLC

**CERTIFICATE OF SERVICE**

STATE OF CALIFORNIA
COUNTY OF ORANGE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within entitled action; my business address is 650 Town Center Drive, Suite 1200, Costa Mesa, California 92626-1925.

On February 8, 2008, I served the foregoing document(s) described as **ADR CERTIFICATION BY TRANS UNION LLC** on the interested parties in this action as follows:

**See Attached List**

☐ **BY PERSONAL DELIVERY.** I delivered such envelope by hand to the offices of the addressee.

☐ **BY MAIL.** I caused such envelope with postage thereon fully prepaid to be placed in the U.S. Mail at Costa Mesa, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐ **BY FACSIMILE TRANSMISSION.** I caused such document to be transmitted to the addressee(s) facsimile number(s) noted herein. I caused the machine to print a transmission record of the transmission. No errors were reported.

☐ **BY FEDERAL EXPRESS.** I caused such envelope to the deposited at the Federal Express office at Costa Mesa, California for guaranteed one/two day delivery with delivery charges prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for delivery by Federal Express delivery service. Under that practice, it would be deposited with the delivery service on that same day with delivery charges thereon fully prepaid at Costa Mesa, California in the ordinary course of business for delivery to the addressee.

☒ **BY ECF.** I caused such documents to be e-filed with the Court which were then served via the ECF filing system.

☐ **BY EMAIL.** I emailed such documents to the addressees at their email addresses on the attached list.

Executed on February 8, 2008, at Costa Mesa, California.

☒ **(Federal)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

/s/ Karen S. Reisner
Karen S. Reisner

572545.1

# SERVICE LIST

| | |
|---|---|
| Mark F. Anderson<br>Kemnitzer Anderson Barron & Ogilvie LLP<br>445 Bush St., 6th Floor<br>San Francisco, CA 94108<br>Phone: 415-861-2265<br>Fax: 415-861-3151<br>mark@kabolaw.com | James Edward Heffner<br>David S. Reidy<br>Abraham J. Colman<br>Reed Smith<br>Two Embarcadero Center, Suite 2000<br>San Francisco, CA 94111<br>Phone: 415-659-5996<br>jeheffner@reedsmith.com<br>dreidy@reedsmith.com<br>acolman@reedsmith.com |
| David L. Wallach<br>Jones Day<br>555 California St., 26th Floor<br>San Francisco, CA 94104<br>Phone: 415-875-5827<br>Fax: 415-875-5700<br>dwallach@jonesday.com | Thomas P. Quinn<br>Nokes & Quinn<br>450 Laguna Avenue<br>Laguna Beach, CA 92651<br>Phone: 949-376-3055<br>Fax: 949-376-3070<br>yhoman@nokesquinn.com |