UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Robert Michael Williams,

                Plaintiff(s),

CASE NO. C 07 05956 CRB

v.

Trans Union LLC, et al

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

                Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
        Non-binding Arbitration (ADR L.R. 4)
        Early Neutral Evaluation (ENE)   (ADR L.R. 5)
✓     Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
        Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
✓     the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

        other requested deadline _____

Dated: 2/8/08

/S/ Mark F Anderson
Attorney for Plaintiff

Dated:_____

see attached list of defendants
Attorney for Defendant

> When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- Non-binding Arbitration
- Early Neutral Evaluation (ENE)
- ✓ Mediation
- Private ADR

Deadline for ADR session
- ✓ 90 days from the date of this order.
- other

IT IS SO ORDERED.

Dated:_____          _____

                                                  UNITED STATES MAGISTRATE JUDGE

**Addendum to Stipulation and Proposed Order Selecting ADR Process, Defense Counsel**

/s/David S. Reidy
REED SMITH
Two Embarcadero Center, Ste 2000
San Francisco, CA 94111-3922
Phone 415.543.8700
Fax: 415.391.8269
dreidy@reedsmith.com
Attorneys for DFS Services LLC (Discover Bank)

/s/Thomas P. Quinn, Jr.
Nokes & Quinn
450 Ocean Avenue
Laguna Beach, CAQ 92651
Phone: 949.376.3055
Fax: 949.376.3070
tquinn@nokesquinn.com
Attorneys for Equifax Information Services LLC

/s/David L. Wallach
JONES DAY
555 California Street
San Francisco, CA 94105
Phone: 415.626.3939
Fax: 415.875.5700
dwallach@jonesday.com
Attorneys for Experian Information Systems, Inc.

Cindy W. Andrew
JONES DAY
2727 North Harwood Ave
Dallas, TX 75201
Phone: 214.220.3939
Fax: 214.969.5100
cnadrew@jonesday.com
Attorneys for Experian Information Systems, Inc.


/s/Donald E. Bradley
Musick, Peeler & Garrett LLP
650 Town Center Drive, Suite 1200
Costa Mesa, CA 92626-1925
Phone: 714.668.2447
Fax: 714.668.2490
d.bradley@mpglaw.com
Attorneys for Trans Union LLC

Addendum (continued)

Robert Horwitz
Litigation Counsel
Asset Acceptance, LLC
28405 Van Dyke Avenue
Warren, MI 48093
Phone: 586.983.7684
Fax: 586.446.1832
rhorwitz@assetacceptance.com
Attorney for Asset Acceptance

/s/Tomio B. Narita
Simmonds & Narita LLP
44 Montgomery Street, Ste 3010
San Francisco, CA 94104-4816
Phone: 415.283.1000
Fax: 415.352.2624
tnarita@snllp.com
Attorneys for Asset Acceptance

/s/Timothy P. Johnson
Johnson & Chambers
17821 E. 17th St, Ste 290
Tustin, CA 92780
Phone 714.832.1170
Fax: 714.832.1179
tjohnson@johnson-chambers.com

Note: Although defendant American Express Travel Related Services, Inc. was served on 12/3/07 and plaintiff's counsel has been in contact with the company's in-house representative, the company has failed to appear in this action. Plaintiff's counsel is following up to get an answer on file or request default.