1  Mark F. Anderson (SBN 44787)
   Kemnitzer, Anderson, Barron, Ogilvie & Brewer LLP
2  445 Bush Street, 6th Floor
   San Francisco, CA 94108
3  Ph: (415) 861-2265
   Fax: (415) 861-3151
4  mark@kabolaw.com

5  Attorneys for Plaintiff Robert Michael Williams

6

7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11 ROBERT MICHAEL WILLIAMS,           )    Case No. 3:07-cv-05956-CRB
                                      )
12         Plaintiffs,                )
                                      )    STIPULATION FOR DISMISSAL OF
13     v.                             )    PLAINTIFF'S CLAIMS AS AGAINST
                                      )    DEFENDANT AMERICAN EXPRESS
14 TRANS UNION, LLC, et al,           )    TRAVEL RELATED SERVICES, INC.
                                      )
15         Defendants                 )
                                      )
16 _____)

17     Pursuant to FRCP 41(a)(1), plaintiff Robert Michael Williams and defendant American

18 Express Travel Related Services, Inc. hereby stipulate to the dismissal of plaintiff's claims against

19 defendant American Express Travel Related Services, Inc.

20 Dated: February 12, 2008.

21             KEMNITZER, ANDERSON, BARRON, OGILVIE & BREWER, LLP

22

23             By /s/ Mark F Anderson
                  Mark F Anderson
24                Attorneys for Robert Michael Williams

25 //

26 //

27 //

28
Stip for Dismissal of Claims (American Express) in *Williams v Trans Union*

1

1  P. 2 of Stipulation for Dismissal in *Williams v Trans Union (American Express Travel Related Services, Inc.)*

2  Dated: February 12, 2008.

American Express Travel Related Services, Inc.

By [signature]
By Joseph A. Diaz, Senior Legal Analyst
A Person Authorized to Approve this Stipulation
on behalf of American Express Travel Related Services, Inc.

Stip for Dismissal of Claims (American Express) in *Williams v Trans Union*

2