Mark F. Anderson (SBN 44787)
Kemnitzer, Anderson, Barron, Ogilvie & Brewer LLP
445 Bush Street, 6th Floor
San Francisco, CA 94108
Ph: (415) 861-2265
Fax: (415) 861-3151
mark@kabolaw.com

Attorneys for Plaintiff Robert Michael Williams

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MICHAEL WILLIAMS,<br><br>            Plaintiff,<br><br>      v.<br><br>TRANS UNION, LLC, et al,<br><br>            Defendants. | Case No. 3:07-cv-05956-CRB<br><br>ORDER FOR DISMISSAL OF PLAINTIFF'S CLAIMS AS AGAINST DEFENDANT AMERICAN EXPRESS TRAVEL RELATED SERVICES, INC. |

   Pursuant to the stipulation of the parties, it is hereby ordered that plaintiff's claims against defendant American Express Travel Related Services, Inc. are dismissed with prejudice and without costs to any party.

Dated: February 15, 2008.

_____
Judge of the U. S. District Court

IT IS SO ORDERED
Judge Charles R. Breyer

Order for Dismissal of Claims (Am Express) in *Williams v Trans Union*

1