1  David L. Wallach (State Bar No. 233432)
   dwallach@jonesday.com
2  JONES DAY
   555 California Street, 26th Floor
3  San Francisco, CA  94104
   Telephone:     (415) 626-3939
4  Facsimile:     (415) 875-5700

5  Attorneys for Defendant
   EXPERIAN INFORMATION SOLUTIONS, INC.
6

7

8                          UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10

11 | **Robert Michael Williams,**            | Case No.  **3:07-cv-05956-CRB**

12 |               **Plaintiff,**             | **EXPERIAN INFORMATION SOLUTIONS, INC.'S REQUEST TO HOLD CASE MANAGEMENT CONFERENCE TELEPHONICALLY**

13 |          v.

14 | **Trans Union, LLC et al,,**

15 |               **Defendant.**

16

17      Experian Information Solutions, Inc. requests that the case management conference

18 scheduled for 8:30 am on February 29, 2008 be held telephonically.  Experian makes this request

19 because its local counsel, David Wallach, will be out of town on the date of the conference, and

20 co-counsel, Cindy Andrew, is based in Dallas, Texas.  In addition, counsel for defendants Equifax

21 Information Services, Inc., and Trans Union LLC are based in Southern California.

22      Experian has contacted all the parties, and none objects to this request.  Because counsel

23 for Discover Financial Services will be in Court on another matter on the morning of the

24 conference, he intends to attend the conference in person.

25

26

27

28

                                                                Experian's Request for Telephonic CMC
                                                                                        07-05956 CRB

1  Dated: February 21, 2008                    Respectfully submitted,

2                                              Jones Day

3

4                                              By:   /S/ David L. Wallach
                                                    David L. Wallach
5

6                                              Counsel for Defendant
                                               EXPERIAN INFORMATION SOLUTIONS,
                                               INC.
7
    SFI-578857v1
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28