David L. Wallach (State Bar No. 233432)
dwallach@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:     (415) 626-3939
Facsimile:      (415) 875-5700

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Robert Michael Williams,** | Case No.  **3:07-cv-05956-CRB** |
| **Plaintiff,** | **[PROPOSED] ORDER GRANTING REQUEST TO HOLD CASE MANAGEMENT CONFERENCE TELEPHONICALLY** |
| v. | |
| **Trans Union, LLC et al,,** | |
| **Defendant.** | |

Upon the request of Defendant Experian Information Solutions, Inc. ("Experian"), and good cause appearing,

**IT IS HEREBY ORDERED** that Experian's request to hold the case management conference scheduled for 8:30 am on February 29, 2008 telephonically is granted.

**IT IS SO ORDERED**.

Dated: _____     _____
The Honorable Charles R. Breyer

SFI-578859v1

[PROPOSED] ORDER
07-05956 CRB