TOMIO B. NARITA (SBN 156576)
JEFFREY A. TOPOR (SBN 195545)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:   (415) 352-2625
tnarita@snllp.com
jtopor@snllp.com

Attorneys for Defendant
Asset Acceptance, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT MICHAEL WILLIAMS, | CASE NO.: 3:07-CV-05956 CRB |
| Plaintiff, | |
| vs. | **CERTIFICATE OF INTERESTED PARTIES BY DEFENDANT ASSET ACCEPTANCE, LLC** |
| TRANS UNION LLC, EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN EXPRESS TRAVEL RELATED SERVICES; DISCOVERY FINANCIAL SERVICES; PINNACLE CREDIT SERVICES, INC.; ASSET ACCEPTANCE, LLC; and NATIONAL CREDIT ADJUSTERS, LLC | |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 7.1 and Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. Asset Acceptance Capital Corporation, a publicly-traded Delaware corporation that trades on NASDAQ as "AACC."

2. Defendant Asset Acceptance LLC, a Delaware limited liability company, an indirect, wholly-owned subsidiary of Asset Acceptance Capital Corporation.

DATED: February 22, 2008

SIMMONDS & NARITA LLP
TOMIO B. NARITA
JEFFREY A. TOPOR

By:  s/Tomio B. Narita
Tomio B. Narita
Attorneys for Defendant
Asset Acceptance, LLC