1  TOMIO B. NARITA (SBN 156576)
   JEFFREY A. TOPOR (SBN 195545)
2  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
3  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
4  Facsimile:   (415) 352-2625
   tnarita@snllp.com
5  jtopor@snllp.com

6  Attorneys for Defendant
   Asset Acceptance, LLC
7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11

12  ROBERT MICHAEL WILLIAMS,        )   CASE NO.: 3:07-CV-05956 CRB
                                    )
13          Plaintiff,              )
                                    )   **NOTICE OF APPEARANCE OF**
14      vs.                         )   **COUNSEL**
                                    )
15  TRANS UNION LLC, EXPERIAN       )
    INFORMATION SOLUTIONS,          )
16  INC.; EQUIFAX INFORMATION       )
    SERVICES, LLC; AMERICAN         )
17  EXPRESS TRAVEL RELATED          )
    SERVICES; DISCOVERY             )
18  FINANCIAL SERVICES;             )
    PINNACLE CREDIT SERVICES,       )
19  INC.; ASSET ACCEPTANCE, LLC;    )
    and NATIONAL CREDIT             )
20  ADJUSTERS, LLC                  )
                                    )
21          Defendants.             )
                                    )
22  _____     )

23

24

25

26

27

28

TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Jeffrey A. Topor, Esq. of the law firm Simmonds & Narita LLP hereby notes his appearance as additional counsel for defendant Asset Acceptance, LLC in this matter.

DATED: February 25, 2008              SIMMONDS & NARITA LLP
                                      TOMIO B. NARITA
                                      JEFFREY A. TOPOR


                                      By:   s/Jeffrey A. Topor
                                            Jeffrey A. Topor
                                            Attorneys for Defendant
                                            Asset Acceptance, LLC