1   David L. Wallach (State Bar No. 233432)
    dwallach@jonesday.com
2   JONES DAY
    555 California Street, 26th Floor
3   San Francisco, CA  94104
    Telephone:     (415) 626-3939
4   Facsimile:      (415) 875-5700

5   Attorneys for Defendant
    EXPERIAN INFORMATION SOLUTIONS, INC.
6

7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11  **Robert Michael Williams,**                    **Case No.  3:07-cv-05956-CRB**

12              **Plaintiff,**                       ~~**[PROPOSED]**~~ **ORDER GRANTING
                                                     REQUEST TO HOLD CASE**
13      **v.**                                       **MANAGEMENT CONFERENCE
                                                     TELEPHONICALLY**
14  **Trans Union, LLC et al,,**

15              **Defendant.**

16

17          Upon the request of Defendant Experian Information Solutions, Inc. ("Experian"), and

18  good cause appearing,

19          **IT IS HEREBY ORDERED** that Experian's request to hold the case management

20  conference scheduled for 8:30 am on February 29, 2008 telephonically is granted.

21          **IT IS SO ORDERED**.

22
    Dated:    February 22, 2008
23                                                   _____
24                                                   The Honorable Charles R. Breyer

25

26  SFI-578859v1

27

28

                                                     [PROPOSED] ORDER
                                                     07-05956 CRB