# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Wiliams,<br><br>　　　　　Plaintiff(s),<br><br>　v.<br><br>Trans Union, LLC,<br><br>　　　　　Defendant(s). | 07-05956 CRB MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Philip B. Bass**
388 Edgewood Ave.
Mill Valley, CA 94941
415-380-9130

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program. The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
07-05956 CRB MED                          - 1 -

Counsel are reminded that the written mediation statements required by the ADR L.R. 6-7 shall NOT be filed with the court.

Dated: March 3, 2008

RICHARD W. WIEKING
Clerk
by:     Alice M. Fiel

———————————————
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov