**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **February 29, 2008**

**C-07-05956** CRB

**ROBERT MICHAEL WILLIAMS** v. **TRANS UNUION**

| Attorneys: | Mark Anderson | David Reidy |
|---|---|---|
| | | other counsel by telephone |

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **Not Reported**

**PROCEEDINGS:**                                                                                     **RULING:**

1. Initial Case Management Conference   -   Held

2. 

3. 

**ORDERED AFTER HEARING:**


( ) ORDER TO BE PREPARED BY:    Plntf ____    Deft ____    Court ____

( ) Referred to Magistrate Judge For: 

(X) CASE CONTINUED TO June 13, 2008 @ 8:30 a.m. for  Further Case Management Conference

Discovery Cut-Off _____          Expert Discovery Cut-Off _____
Plntf to Name Experts by _____      Deft to Name Experts by _____
P/T Conference Date _____    Trial Date _____ Set for _____ days
                        Type of Trial:  ( )Jury    ( )Court

Notes: