1  David L. Wallach (State Bar No. 233432)
   dwallach@jonesday.com
2  JONES DAY
   555 California Street
3  San Francisco, CA 94105
   Telephone:   (415) 626-3939
4  Facsimile:   (415) 875-5700

5  (Requesting Admission *Pro Hac Vice*)
   Cindy W. Andrew (TX State Bar No. 00796128)
6  candrew@jonesday.com
   JONES DAY
7  2727 North Harwood Street
   Dallas, TX 75201
8  Telephone:   (214) 220-3939
   Facsimile:   (214) 969-5100
9
   Attorneys for Defendant
10 EXPERIAN INFORMATION SOLUTIONS, INC.

**FILED**

FEB 2 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MICHAEL WILLIAMS<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, AMERICAN EXPRESS TRAVEL RELATED SERVICES, INC.; DISCOVER FINANCIAL SERVICES; PINNACLE CREDIT SERVICES, INC.; ASSET ACCEPTANCE, LLC; and NATIONAL CREDIT ADJUSTERS, LLC.<br><br>Defendant. | Case No. C-07-5956CRB<br><br>APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE |

Pursuant to Civil L.R. 11-3, Lucinda W. Andrew, an active member in good standing of the Bar of Texas, hereby applies for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Experian Information Solutions, Inc. in the above-entitled action.

DLI-6173823v1

APPLICATION FOR ADMISSION OF
ATTORNEY *PRO HAC VICE*

1     In support of this application, I certify on oath that:

2     1.     I am an active member in good standing of the State Bar of Texas and am admitted to practice before the United States District Courts for the Northern, Eastern, Western, and Southern Districts of Texas;

2.     I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3.     An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

David L. Wallach (State Bar No. 233432)
JONES DAY
555 California Street
San Francisco, CA 94105
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 26, 2008

Respectfully Submitted,

JONES DAY

By: /s/ Lucinda W. Andrew
Lucinda W. Andrew

ATTORNEYS FOR DEFENDANT
EXPERIAN INFORMATION SOLUTIONS, INC.

DLI-6173823v1

APPLICATION FOR ADMISSION OF
ATTORNEY *PRO HAC VICE*

- 2 -