UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MICHAEL WILLIAMS | Case No. C-07-5956CRB |
| Plaintiff, | ~~PROPOSED~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| v. | |
| TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, AMERICAN EXPRESS TRAVEL RELATED SERVICES, INC.; DISCOVER FINANCIAL SERVICES; PINNACLE CREDIT SERVICES, INC.; ASSET ACCEPTANCE, LLC; and NATIONAL CREDIT ADJUSTERS, LLC. | **RECEIVED** |
| Defendant. | FEB 2 9 2008 |
| | RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA |

Lucinda W. Andrew, an active member in good standing of the State Bar of Texas whose business address is 2727 North Harwood Street, Dallas, Texas 75201, (214) 220-3939, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Experian Information Solutions, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _ March 06, 2008 _____



United S_____

IT IS SO ORDERED

Judge Charles R. Breyer

Proposed Order Granting Application for Admission of Attorney *Pro Hac Vice*