Mark F. Anderson (SBN 44787)
Kemnitzer, Anderson, Barron, Ogilvie & Brewer LLP
445 Bush Street, 6th Floor
San Francisco, CA 94108
Ph: (415) 861-2265
Fax: (415) 861-3151
mark@kabolaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT MICHAEL WILLIAMS,** ) | Case No. CV 07 5956 CRB |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION EXTENDING TIME** |
| v. ) | **TO COMPLETE MEDIATION** |
| ) | |
| **EXPERIAN INFORMATION SOLUTIONS, INC., et al,** ) | |
| ) | |
| Defendants. ) | |
| ) | |

Whereas, this case was ordered to mediation on February 11, 2008, and Philip B. Bass was appointed the mediator on March 3, 2008;

Whereas, the mediator and the parties participated in a telephone conference on April 8, 2008, at which time the parties and parties tentatively agreed on a August 8, 2008, date for the mediation;

Whereas, shortly thereafter one of the defendants reported August 8 was not a date the defendant's representative could participate in the mediation;

Whereas, the plaintiff is a M.D. oncologist in Modesto, California, who has an extremely crowded schedule attending to his patients and other professional obligations;

Whereas, the defendants wish to take plaintiff deposition before attending a mediation, which deposition is currently scheduled for July 18, 2008;

1

Whereas, the parties and mediator agree that the mediation may take place on September 19,

2

2008;

3

IT IS HEREBY STIPULATED, by and between counsel that the date for completion of

4

mediation may be extended to and through September 30, 2008.

5

By this stipulation, the parties request that next status conference, which is currently set for

6

June 13, 2008, at 8:30 AM, be continued to a date sometime after September 30, 2008, that is

7

convenient to the Court, by which time the parties will have completed mediation.

8

9

Dated: April 17, 2008.

10

/s/Mark F. Anderson
Mark F. Anderson

11

Kemnitzer, Anderson, Barron, Ogilvie &
Brewer LLP

12

445 Bush Street, 6th Floor
San Francisco, CA 9411

13

Phone: (415) 623-3784, ext 101
Fax: (415) 861-3151

14

email: mark@kabolaw.com
Attorney for Plaintiff Robert Michael Williams

15

Dated: April 17, 2008.

16

/s/David L. Wallach
David L. Wallach

17

JONES DAY
555 California Street, 26th Floor

18

San Francisco, CA 94104-1500
Phone: (415) 875-5715

19

Fax: (415) 875-5700
email: dwallach@jonesday.com

20

Attorneys for Experian Information Solutions,
Inc.

21

Dated: April 17, 2008.

22

/s/ Tomio B Narita
Jeffrey A Topor

23

Simmonds & Narita LLP
44 Montgomery St, Ste 3010

24

San Francisco, CA 94104-4816
Phone: (415) 283-1000

25

Fax: (415) 352-2625
tnarita@snllp.com

26

jtopor@snllp.com
Attorneys for Asset Acceptance, Inc.

27

28

Stip Extending Time to Complete Mediation  in *Williams v Experian, No C 0705956* CRB          2

Dated:  April 17, 2008.

1

2                                                    /s/ Donald E. Bradley
                                                     Musick, Peeler & Garrett LLP
3                                                    650 Town Center Drive, Ste 1200
                                                     Costa Mesa, CA 92626-2447
                                                     Phone: (714) 688-2447
4                                                    Fax: (714) 668-2490
                                                     d.bradley@mpglaw.com
5                                                    Attorneys for Trans Union LLC

6    Dated:  April 17, 2008.

7                                                    /s/David S. Reidy
                                                     REED SMITH
8                                                    Two Embarcadero Center, Ste 2000
                                                     San Francisco, CA 94111-3922
                                                     Phone 415.543.8700
9                                                    Fax: 415.391.8269
                                                     dreidy@reedsmith.com
10                                                   Attorneys for DFS Services LLC

11   Dated:  April 17, 2008.

12                                                   /s/Thomas P. Quinn, Jr.
                                                     Nokes & Quinn
13                                                   450 Ocean Avenue
                                                     Laguna Beach, CAQ 92651
                                                     Phone: 949.376.3055
14                                                   Fax: 949.376.3070
                                                     tquinn@nokesquinn.com
15                                                   Attorneys for Equifax Information Services
                                                     LLC

16

17

18

19

20

21

22

23

24

25

26

27

28

Stip Extending Time to Complete Mediation  in *Williams v Experian, No C 0705956* CRB                    3