1  Mark F. Anderson (SBN 44787)
   Kemnitzer, Anderson, Barron, Ogilvie & Brewer LLP
2  445 Bush Street, 6th Floor
   San Francisco, CA 94108
3  Ph: (415) 861-2265
   Fax: (415) 861-3151
4  mark@kabolaw.com

5  Attorneys for Plaintiff

6
7                    UNITED STATES DISTRICT COURT
8                    NORTHERN DISTRICT OF CALIFORNIA

9  **ROBERT MICHAEL WILLIAMS,**          )   Case No. CV 07 5956 CRB
                                          )
10         Plaintiff,                     )
                                          )   **(proposed) ORDER EXTENDING**
11     v.                                 )   **TIME TO COMPLETE**
                                          )   **MEDIATION & RESETTING THE**
12 **EXPERIAN INFORMATION SOLUTIONS,**    )   **DATE FOR THE NEXT STATUS**
   **INC., et al,**                       )   **CONFERENCE**
13         Defendants.                    )
                                          )
14

15     Based upon the parties' stipulation and for good cause shown, the time within which the

16 parties may have to complete mediation in this matter is extending to and through September 30,

17 2008.

18     The next status conference is continued from June 13, 2008, to _____, 2008, at 8:30

19 AM.

20 Dated: April ___, 2008.

21
                                    _____
22                                  Judge of the U.S. District Court

23
24
25
26
27
28

Order Extending Time to Complete Mediation  in *Williams v Experian, No C 0705956* CRB          1