1 Mark F. Anderson (SBN 44787)
Kemnitzer, Anderson, Barron, Ogilvie & Brewer LLP
2 445 Bush Street, 6th Floor
San Francisco, CA 94108
3 Ph: (415) 861-2265
Fax: (415) 861-3151
4 mark@kabolaw.com

5 Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT MICHAEL WILLIAMS,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC., et al,**<br>　　　　Defendants. | Case No. CV 07 5956 CRB<br><br>~~(proposed)~~ ORDER EXTENDING TIME TO COMPLETE MEDIATION & RESETTING THE DATE FOR THE NEXT STATUS CONFERENCE |

   Based upon the parties' stipulation and for good cause shown, the time within which the parties may have to complete mediation in this matter is extending to and through September 30, 2008.

   The next status conference is continued from June 13, 2008, to  October  3 , 2008, at 8:30 AM.

Dated: April  18 , 2008.

_____
Judge of the U.S. District Court

**IT IS SO ORDERED**
Judge Charles R. Breyer

Order Extending Time to Complete Mediation  in *Williams v Experian, No C 0705956* CRB        1