Mark F. Anderson (SBN 44787)
Kemnitzer, Anderson, Barron, Ogilvie & Brewer LLP
445 Bush Street, 6th Floor
San Francisco, CA 94108
Ph: (415) 861-2265
Fax: (415) 861-3151
mark@kabolaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT MICHAEL WILLIAMS,** ) | Case No. CV 07 5956 CRB |
| ) | |
| Plaintiff, ) | MOTION FOR LEAVE TO |
| ) | WITHDRAW AS COUNSEL FOR |
| v. ) | PLAINTIFF |
| ) | |
| **EXPERIAN INFORMATION SOLUTIONS, INC., et al,** ) | Hearing date: June 27, 2008 |
| ) | Time: 10:00 AM |
| Defendants. ) | Courtroom: 8, 19th Floor |
| ) | Judge: Hon. Charles Breyer |

TO THE PLAINTIFF ROBERT MICHAEL WILLIAMS & COUNSEL OF RECORD FOR THE DEFENDANTS:

PLEASE TAKE NOTICE that on Jun 27, 2008, at 10:00 AM or as soon thereafter as counsel may be heard, plaintiff's counsel Mark F. Anderson and the firm of Kemnitzer, Anderson, Barron, Ogilvie & Brewer LLP shall move for leave to withdraw as counsel for plaintiff.

MEMORANDUM OF POINTS & AUTHORITIES IN SUPPORT OF THE MOTION

Plaintiff Robert Michael Williams is married to Ellen Williams. Mrs Williams, who informs attended a law school, has been the undersigned's contact person on this case. Mrs Williams professes to have a deep understanding of all factual and legal aspects of this action (Declaration of Mark F. Anderson).

The professional relationship between her and the undersigned has completely broken down. Under the circumstances, the undersigned cannot adequately represent the plaintiff. Id.

Therefore, good cause exists for withdrawal as attorney for the plaintiff.

On May 12, 2008, the undersigned sent an email to Mrs Williams asking her to find another attorney or to substitute in as her husband's attorney. She replied she would not do so. Id.

Withdrawal will not prejudice the plaintiff. The plaintiff has time to find another attorney before the next event in this case, which is the plaintiff's deposition scheduled for July 18, 2008. There is a mediation set for September 19, 2008. The next status conference is not until October 3, 2008.

The proposed order is in compliance with Local Rule 11-5. It provides that the undersigned will forward any communications concerning this case to plaintiff until such time as he appears pro se or is represented by another attorney.

Dated: May 13, 2008.

/s/Mark F. Anderson
Mark F. Anderson
Kemnitzer, Anderson, Barron, Ogilvie & Brewer LLP
445 Bush Street, 6th Floor
San Francisco, CA 9411
Phone: (415) 623-3784, ext 101
Fax: (415) 861-3151
email: mark@kabolaw.com