Mark F. Anderson (SBN 44787)
Kemnitzer, Anderson, Barron, Ogilvie & Brewer LLP
445 Bush Street, 6th Floor
San Francisco, CA 94108
Ph: (415) 861-2265
Fax: (415) 861-3151
mark@kabolaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT MICHAEL WILLIAMS,** ) | Case No. CV 07 5956 CRB |
| ) | |
| Plaintiff, ) | DECLARATION OF MARK F. ANDERSON IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF & PROOF OF SERVICE |
| ) | |
| v. ) | |
| ) | |
| **EXPERIAN INFORMATION SOLUTIONS, INC., et al,** ) | |
| ) | |
| Defendants. ) | Hearing date: June 27, 2008 |
| ) | Time: 10:00 AM |
| | Courtroom: 8, 19th Floor |
| | Judge: Hon. Charles Breyer |

Mark F. Anderson declares:

1. I am counsel for plaintiff Robert Michael Williams in this civil action alleging violations of the Fair Credit Reporting Act.

2. Plaintiff Robert Michael Williams is married to Ellen Williams. Mrs Williams, who informs attended a law school, has been my contact person on this case. Mrs Williams professes to have a deep understanding of all factual and legal aspects of this action. Mrs Williams acts as both the lawyer for her husband and the person who makes decisions for her husband in this action.

3. The professional relationship between us has completely broken down. Under the circumstances, I cannot adequately represent the plaintiff.

//

Decl of Mark F Anderson In Supp of Motion for Lv to Withdraw, *Williams v Experian, No C 0705956* CRB

1

4.	On May 12, 2008, I sent an email to Mrs Williams asking her to find another attorney or to substitute in as her husband's attorney. She replied she would not do so.

5.	My withdrawal will not prejudice the plaintiff. The plaintiff has time to find another attorney before the next event in this case, which is the plaintiff's deposition scheduled for July 18, 2008. There is a mediation set for September 19, 2008. The next status conference is not until October 3, 2008.

6.	On May 13, 2008, I sent copies of the Motion, this Declaration and (proposed) Order to plaintiff using the email address I have been using to communicate with plaintiff's wife Ellen Williams. The email with attachments was not returned to our email server. On the same date, using our established office procedures, I caused copies of these same documents to be mailed by certified mail, return receipt requested, postage prepaid, to plaintiff at his current address.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  May 13, 2008.

/s/Mark F. Anderson
Mark F. Anderson
Kemnitzer, Anderson, Barron, Ogilvie & Brewer LLP
445 Bush Street, 6th Floor
San Francisco, CA 9411
Phone: (415) 623-3784, ext 101
Fax: (415) 861-3151
email: mark@kabolaw.com

Decl of Mark F Anderson In Supp of Motion for Lv to Withdraw, *Williams v Experian, No C 0705956* CRB

2