Mark F. Anderson (SBN 44787)
Kemnitzer, Anderson, Barron, Ogilvie & Brewer LLP
445 Bush Street, 6th Floor
San Francisco, CA 94108
Ph: (415) 861-2265
Fax: (415) 861-3151
mark@kabolaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT MICHAEL WILLIAMS,** | Case No. CV 07 5956 CRB |
| Plaintiff, | (PROPOSED) ORDER FOR LEAVE TO WITHDRAW AS PLAINTIFF'S COUNSEL |
| v. | |
| **EXPERIAN INFORMATION SOLUTIONS, INC., et al,** | Hearing date: June 27, 2008<br>Time: 10:00 AM |
| Defendants. | Courtroom: 8, 19th Floor<br>Judge: Hon. Charles Breyer |

Whereas, counsel for plaintiff has filed a motion to withdraw as counsel;

Whereas, counsel provided the plaintiff notice of this motion;

Whereas, good cause exists to grant the motion to withdraw;

IT IS HEREBY ORDERED, that Mark F. Anderson and the law firm of Kemnitzer, Anderson, Barron, Ogilvie & Brewer LLP are granted leave to withdraw as counsel for plaintiff on the condition that Mark F. Anderson forward any communications received by him in this action until such time as the plaintiff either appears pro se or a new attorney appears in the action for the plaintiff.

Dated: June ___, 2008.

_____
United States District Court