Mark F. Anderson (SBN 44787)
Kemnitzer, Anderson, Barron, Ogilvie & Brewer LLP
445 Bush Street, 6th Floor
San Francisco, CA 94108
Ph: (415) 861-2265
Fax: (415) 861-3151
mark@kabolaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT MICHAEL WILLIAMS,**<br><br>       Plaintiff,<br><br>       v.<br><br>**EXPERIAN INFORMATION SOLUTIONS, INC., et al,**<br><br>       Defendants. | Case No. CV 07 5956 CRB<br><br>REPLY MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF<br><br>Hearing date: June 27, 2008<br>Time: 10:00 AM<br>Courtroom: 8, 19th Floor<br>Judge: Hon. Charles Breyer |

Plaintiff Robert Michael Williams has filed a response to the undersigned's motion to withdraw as his counsel. It consists of numerous allegations of misconduct by the undersigned. There is not a word of truth in any of the allegations. Responding point by point would serve no purpose.

What the response proves is that the motion should be granted. Williams states at page 1 of his declaration that the "professional relationship" has broken down.

At page 3, Williams states "he has new counsel." However, for reasons unknown to the undersigned, Williams has refused the undersigned's requests that he substitute in a new attorney.

The undersigned requests that this Court dispense with oral argument given Dr Willilams' non-opposition to the motion and that the order be entered without delay.

Dated:  May 15, 2008.

/s/Mark F. Anderson
Mark F. Anderson
Kemnitzer, Anderson, Barron, Ogilvie & Brewer LLP
445 Bush Street, 6th Floor
San Francisco, CA 9411
Phone: (415) 623-3784, ext 101
Fax: (415) 861-3151
email: mark@kabolaw.com

1  Mark F. Anderson (SBN 44787)
   Kemnitzer, Anderson, Barron, Ogilvie & Brewer LLP
2  445 Bush Street, 6th Floor
   San Francisco, CA 94108
3  Ph: (415) 861-2265
   Fax: (415) 861-3151
4  mark@kabolaw.com

5  Attorneys for Plaintiff

6

7                     UNITED STATES DISTRICT COURT

8                     NORTHERN DISTRICT OF CALIFORNIA

9  **ROBERT MICHAEL WILLIAMS,**         )  Case No. CV 07 5956 CRB
                                        )
10         Plaintiff,                   )  PROOF OF SERVICE ON PLAINTIFF
                                        )  ROBERT MICHAEL WILLIAMS
11     v.                               )
                                        )  Hearing date: June 27, 2008
12 **EXPERIAN INFORMATION SOLUTIONS,**  )  Time: 10:00 AM
   **INC., et al,**                     )  Courtroom: 8, 19th Floor
13         Defendants.                  )  Judge: Hon. Charles Breyer
                                        )

       Mark F. Anderson declares:

       On May 15, 2008, I sent copies of the Reply Memorandum ISO Motion to Withdraw using the email address I have been using to communicate with plaintiff and plaintiff's wife Ellen Williams. The email with attachments was not returned to our email server.

       I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:  May 15, 2008.

                                          /s/Mark F. Anderson
                                          Mark F. Anderson
                                          Kemnitzer, Anderson, Barron, Ogilvie &
                                          Brewer LLP
                                          445 Bush Street, 6th Floor
                                          San Francisco, CA 9411
                                          Phone: (415) 623-3784, ext 101
                                          Fax: (415) 861-3151
                                          email: mark@kabolaw.com

POS, *Williams v Experian, No C 0705956* CRB       1