| | |
|---|---|
| 1<br>2<br>3<br>4 | Robert Michael Williams<br>269 S. Beverly Drive, Suite 588<br>Beverly Hills, CA 90212<br>Ph: (310) 270-7194   Fax: (925) 828-0734<br>twmeg@aol.com |

FILED

08 MAY 15 PM 2:41

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT MICHAEL WILLIAMS,<br><br>       Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC; EXPERIAN<br>INFORMATION SOLUTIONS, INC.; EQUIFAX<br>INFORMATION SERVICES, LLC; DISCOVER<br>FINANCIAL SERVICES, LLC; PINNACLE<br>CREDIT SERVICES, INC.; and ASSET<br>ACCEPTANCE, LLC.<br><br>       Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: CV 07 05956 CRB<br><br>RESPONSE TO MOTION FOR<br>LEAVE TO WITHDRAW AS<br>COUNSEL FOR PLAINTIFF;<br>DECLARATION OF ROBERT<br>MICHAEL WILLIAMS IN SUPPORT<br>OF HIS RESPONSE TO MOTION<br>FOR LEAVE TO WITHDRAW AS<br>COUNSEL FOR PLAINTIFF; AND<br>PROOF OF SERVICE |

## **MANUAL FILING NOTIFICATION**

Regarding:   Response to Motion for Leave to Withdraw as Counsel for Plaintiff; and
               Declaration of Robert Michael Williams in Support of his Response to Motion
               for Leave to Withdraw as Counsel for Plaintiff

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant on this case, this filing will be served in hard-copy shortly.

For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

*Manual Filing Notification*
*William v. Trans Union, et. al., Case No. CV 07 05956 CRB*

1

1    [_] Voluminous Document (PDF file size larger than the efiling system allows)

2    [X] Unable to Scan Documents

3    [_] Physical Object (description): _____

4    [_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

5

6    [_] Item Under Seal

7    [_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

8    [_] Other (description): _____

9

10    Dated: May 15, 2008           Respectfully Submitted,

11

12                                        By: _/s/ R. Michael Williams_____

13                                            Plaintiff Robert Michael Williams

28    *Manual Filing Notification*
*William v. Trans Union, et. al., Case No. CV 07 05956 CRB*

2