Mark F. Anderson (SBN 44787)
Kemnitzer, Anderson, Barron, Ogilvie & Brewer LLP
445 Bush Street, 6th Floor
San Francisco, CA 94108
Ph: (415) 861-2265
Fax: (415) 861-3151
mark@kabolaw.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MICHAEL WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al,<br><br>Defendants. | Case No. CV 07 5956 CRB<br><br>STIPULATION AND (PROPOSED) ORDER FOR REMOVAL OF DOCUMENTS 37 THROUGH 42 FILED IN THIS ACTION |

Whereas, attorney Mark F. Anderson ("attorney") filed a motion to withdraw as counsel for the plaintiff;

Whereas, plaintiff Robert Michael Williams filed a response to the motion;

Whereas, attorney filed a reply to the response;

Whereas, both attorney Anderson and plaintiff Williams believe that the other party's filings contain objectionable statements;

IT IS HEREBY STIPULATED that Document Numbers 37 through 42 may be permanently removed from the Court's e-filing system.

//

//

//

//

*RMW*

POS, *Williams v Experian, No C 0705956* CRB    1

Page 2 of Stipulation & Order Re Removal of Documents 37 through 42

Dated: May ___, 2008.

/s/Mark F. Anderson
Mark F. Anderson
Kemnitzer, Anderson, Barron, Ogilvie & Brewer LLP
445 Bush Street, 6th Floor
San Francisco, CA 9411
Phone: (415) 623-3784, ext 101
Fax: (415) 861-3151
email: mark@kabolaw.com

Dated: May 21, 2008.

_____
Robert Michael Williams

## ORDER

Based on the stipulation of plaintiff and his former attorney, the Clerk is directed to permanently remove Document Numbers 37 through 42 from the Court's e-filing system.

Dated: May ___, 2008.

_____
United State District Judge

POS, *Williams v Experian, No C 0705956* CRB      2