**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MICHAEL WILLIAMS, | No. C 07-05956 CRB |
| Plaintiff, | **Clerk's Notice** |
| v. | |
| TRANS UNUION, | |
| Defendant. / | |

YOU ARE NOTIFIED THAT the Court has rescheduled the case management conference for Friday, June 27, 2008 at 8:30 a.m. before the Honorable Charles R. Breyer. The case management statement shall be filed on or before June 20, 2008.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: May 21, 2008                           FOR THE COURT,

                                              Richard W. Wieking, Clerk
                                              By:_____
                                              Barbara Espinoza
                                              Courtroom Deputy