THOMAS P. QUINN, JR. (SBN: 132268)
NOKES & QUINN
450 OCEAN AVENUE
LAGUNA BEACH, CA 92651
Tel: (949) 376-3055
Fax: (949) 376-3070
Email: tquinn@nokesquinn.com

Attorneys for Defendant EQUIFAX
INFORMATION SERVICES LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MICHAEL WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC. AMERICAN EXPRESS TRAVEL RELATED SERVICES INC., DISCOVER FINANCIAL SERVICES; PINNACLE CREDIT SERVICES INC; ASSET ACCEPTANCE LLC; and NATIONAL CREDIT ADJUSTERS, LLC,<br><br>Defendants. | Case No: C 07-05956 CRB<br><br>**SUPPLEMENTAL CASE MANAGEMENT CONFERENCE STATEMENT BY DEFENDANT EQUIFAX INFORMATION SERVICES LLC**<br><br>**Date: June 27, 2008**<br>**Time: 8:30 a.m.**<br>**Courtroom: 8** |

COMES NOW, Equifax Information Services LLC ("Equifax"), by its undersigned counsel, and submits the following supplement to the Joint Case Management Conference Statement filed on February 22, 2008 and states as follows:

**7.    Disclosures**

Equifax made its Rule 26 Initial Disclosures on April 17, 2008.

**8.    Discovery**

Equifax does not require any limitations on discovery.

Equifax has propounded written discovery on plaintiff and will need to depose Plaintiff. Equifax agrees with factual issues previously stated regarding the scope of discovery.

**12.  Settlement and ADR**

Equifax is agreeable to mediation.

**13.  Consent to Magistrate Judgment for all Purposes:**

Equifax is not agreeable to try the case before a Magistrate Judge.

**17.  Scheduling**

Equifax would request a 2009 trial date.

**18.  Trial**

Equifax would agree to a court trial.  Equifax believes that a jury trial will require 3 to 5 days depending upon the number of parties.

Respectfully submitted,

NOKES & QUINN

Dated:  June 20, 2008

/s/
THOMAS P. QUINN, JR.,
Attorneys for Defendant EQUIFAX
INFORMATION SERVICES, LLC

Of Counsel:

Cara Hergenroether, Esq.
King & Spalding LLP
1180 Peachtree Street, N.E.
Atlanta, GA 30309
Tel: (404) 572-4600
Fax: (404) 572-5100

**CERTIFICATE OF SERVICE**

WILLIAMS v TRANS UNION, et al, CASE NO: C07 05956-CRB

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On June 20, 2008. I served a true copy of the

**SUPPLEMENTAL CASE MANAGEMENT CONFERENCE STATEMENT BY DEFENDANT EQUIFAX INFORMATION SERVICES LLC**

[ ]   By personally delivering it to the persons(s) indicated below in the manner as provided in FRCivP5(B);

[X]   By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following;

**Robert Michael Williams, Pro Se**
269 S. Beverly Drive, Suite 588
Beverly Hills, CA 90212
Tel: 310-270-7194

[X]   By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

**Donald E. Bradley**
Musick Peeler & Garrett LLP
650 Town Center Drive
Suite 1200
Costa Mesa, CA 92626
714-668-2400
Fax: 714-668-2490
Email: d.bradley@mpglaw.com

**David L. Wallach**
Jones Day
26th Floor
San Francisco, CA 94104
415-875-5827
Fax: 415-875-5700
Email: dwallach@jonesday.com

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Lucinda Warnett Andrew**
Jones Day
2727 North Harwood Street
Dallas, TX 75201
(214) 220-3939
Fax: (214) 969-5100
Email: candrew@jonesday.com

**David S. Reidy**
Reed Smith
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111
(415) 659-5933
Email: dreidy@reedsmith.com

**Abraham Joshua Colman**
Reed Smith LLP
Two Embarcadero Center, SUite 2000
San Francisco, CA 94111-3922
415-543-8700
Fax: 415-391-8269
Email: acolman@reedsmith.com

**James Edward Heffner**
Reed Smith
Two Embarcadero Center
Suite 2000
San Francisco, CA 94111
(415) 659-5996
Email: jeheffner@reedsmith.com

**Timothy Peter Johnson**
Law Offices of Timothy P. Johnson
17821 E 17th Street, Suite 290
Tustin, CA 92780
714-832-1170
Fax: 714-832-1179
Email: tjohnson@johnson-chambers.com

- 4 –

SUPPLEMENTAL CASE MANAGEMENT CONFERENCE STATEMENT BY
DEFENDANT EQUIFAX INFORMATION SERVICES
Case No: C07 05956-CRB

**Tomio Buck Narita**
Simmonds & Narita LLP
44 Montgomery Street
Suite 3010
San Francisco, CA 94104-4816
415-283-1000
Fax: 415-352-2625
Email: tnarita@snllp.com

**Jeffrey A. Topor**
Simmonds & Narita LLP
44 Montgomery Street
Suite 3010
San Francisco, CA 94104
415-283-1000
Fax: 415-352-2625
Email: jtopor@snllp.com

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury that the foregoing is true and correct.

/s/
YVONNE M. HOMAN

Place of Mailing: Laguna Beach, California

Executed on June 20, 2008, at Laguna Beach, California.