David L. Wallach (State Bar No. 233432)
dwallach@jonesday.com
JONES DAY
555 California Street
San Francisco, CA 94105
Telephone:    (415) 626-3939
Facsimile:    (415) 875-5700

Cindy W. Andrew (TX State Bar No. 00796128)
(admitted *pro hac vice*)
candrew@jonesday.com
JONES DAY
2727 North Harwood Street
Dallas, TX 75201
Telephone:    (214) 220-3939
Facsimile:    (214) 969-5100

Attorneys for EXPERIAN INFORMATION
SOLUTIONS, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| ROBERT MICHAEL WILLIAMS | Case No. C-07-5956CRB |
|---|---|
| Plaintiff, | **EXPERIAN'S SUPPLEMENTAL CASE MANAGEMENT CONFERENCE STATEMENT** |
| v. | |
| TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, AMERICAN EXPRESS TRAVEL RELATED SERVICES, INC.; DISCOVER FINANCIAL SERVICES; PINNACLE CREDIT SERVICES, INC.; ASSET ACCEPTANCE, LLC; and NATIONAL CREDIT ADJUSTERS, LLC. | **Hearing Date: June 27, 2008** **Time: 8:30 AM** **Courtroom 8, 19th Floor** |
| Defendants. | |

Defendant Experian Information Solutions, Inc. submits the following supplement to the Joint Case Management Conference Statement filed on February 22, 2008:

**7.    DISCLOSURES**

Experian served its initial disclosures on February 28, 2008.

**8.    DISCOVERY**

1    Experian anticipates taking the deposition of Plaintiff and of any other persons revealed by

2    discovery to have personal knowledge of the matters in dispute.

3    **12.    SETTLEMENT & ADR**

4    The parties have agreed to attend mediation in September 2008.

5    **13.    CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES**

6    Experian does not agree to have this matter tried by a Magistrate Judge.

7    **17.    SCHEDULING**

8    Experian would request a 2009 trial date.

9    **18.    TRIAL**

10    Experian estimates that this case will take approximately 3 to 5 days to try before a jury.

11

12    Dated: June 20, 2008.                    Respectfully Submitted,

13                                            JONES DAY

14

15    By:

16                                            Cindy W. Andrew

17                                            ATTORNEYS FOR DEFENDANT
                                             EXPERIAN INFORMATION SOLUTIONS,
18                                            INC.

19

20

21

22

23

24

25

26

27

28

EXPERIAN'S SUPPLEMENTAL JOINT CASE
MANAGEMENT CONFERENCE STATEMENT

**CERTIFICATE OF SERVICE**

- I am over the age of eighteen years and not a party to the within entitled action; my business address is: **2727 North Harwood Street, Dallas, Texas 75201**.

- On **June 20, 2008**, I served the foregoing document(s):

EXPERIAN INFORMATION SOLUTIONS, INC.'S SUPPLEMENTAL CASE MANAGEMENT CONFERENCE STATEMENT

- on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

**Robert Michael Williams, Pro Se**
269 S. Beverly Drive, Suite 588
Beverly Hills, CA 90212

**Donald E. Bradley**
Musick Peeler & Garrett LLP
650 Town Center Drive
Suite 1200
Costa Mesa, CA 92626
Email:
d.bradley@mpglaw.com

Attorneys for Defendant Trans Union LLC

**Thomas P. Quinn**
Nokes & Quinn
450 Ocean Avenue
Laguna Beach, CA 92651
Email: tquinn@nokesquinn.com

Attorneys for Defendant Equifax Information Services, LLC

**Tomio B. Narita**
**Jeffrey A. Topor**
Simmonds & Narita LLP
44 Montgomery St., Suite 3010
San Francisco, CA 94104-4816
Email: tnarita@snllp.com
jtopor@snllp.com

Attorneys for Defendant Asset Acceptance, Inc.

**Timothy P. Johnson**
Johnson & Chambers
17821 E. 17th St., Suite 290
Tustin, CA 92780
Email: tjohnson@johnson-chambers.com

Attorneys for Pinnacle Credit Services, Inc.

**David S. Reidy**
REED SMITH
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111-3922
Email: dreidy@reedsmith.com

Attorneys for DFS Services LLC

1    I caused such envelope to be deposited in the mail at Dallas, Texas. The envelope was

2  mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of

3  collection and processing correspondence for mailing. Under that practice, it would be deposited

4  with U.S. postal service on that same day with postage thereon fully prepaid at Dallas, Texas in the

5  ordinary course of business. I am aware that on motion of the party served, service is presumed

6  invalid if postal cancellation date or postage meter date is more than one day after date of deposit

7  for mailing in affidavit.

8    I declare under penalty of perjury under the laws of the State of Texas that the foregoing is

9  true and correct.

10    Executed on June 20, 2008, at Dallas, Texas.

11

12                                          Cindy W. Andrew

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXPERIAN'S SUPPLEMENTAL JOINT CASE
MANAGEMENT CONFERENCE STATEMENT