06/23/2008 11:26 FAX 415 391 8269    REED SMITH LLP                              ☒002/002
Case 3:07-cv-05956-CRB   Document 52   Filed 06/23/2008   Page 1 of 2

Jun 23 08 11:02a                                                                   p.2

Robert Michael Williams
269 S. Beverly Drive, Suite 588
Beverly Hills, CA 90212
Ph: (310) 270-7194   Fax: (925) 828-0734
twmeg@aol.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MICHAEL WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>DFS SERVICES, LLC, et. al,<br><br>Defendants. | Case No.: CV 07 05956 CRB<br><br>STIPULATION FOR DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT DFS SERVICES, LLC (FORMERLY DISCOVER FINANCIAL SERVICES, LLC) |

Pursuant to FRCP 41(a)(1), Plaintiff Robert Michael Williams and Defendant DFS Services, LLC (formerly Discover Financial Services, LLC) hereby stipulate to the dismissal of Plaintiff's claims against Defendant DFS Services, LLC, with prejudice.

Dated: June 23, 2008

By: _____
Plaintiff Robert Michael Williams

Dated: June 23, 2008       REED SMITH LLP

By: _____
David S. Reidy
Attorneys for Defendants DFS Services, LLC
(formerly Discover Financial Services)

*Stipulation for Dismissal of Claims against DFS Services, LLC - Case No. CV 07 05956 CRB*

1

**PROOF OF SERVICE**
*William v. Trans Union, et. al. - Case No. CV 07 05956 CRB*

I am employed in the County of Alameda, State of California. I am over the age of 18 and not a party to the within action. My address is 3716 Dragoo Park Drive, Tracy, CA 95356.

On June 23, 2008, I served the foregoing document described as: **STIPULATION FOR DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT DFS SERVICES, LLC (FORMERLY DISCOVER FINANCIAL SERVICES, LLC)** on all interested parties in this action by placing a true copy thereof in a sealed envelope with first class postage fully prepaid, and depositing same in the U.S. Mail receptacle located at Santa Rita Road and Dublin Boulevard in Dublin, California, properly addressed as follows:

Donald E. Bradley, Esq.
Musick Peeler & Garrett LLP
650 Town Center Drive, Suite 1200
Costa Mesa, CA 92626
**Attorneys for Defendant Trans Union**

Cindy W. Andrew, Esq.
Jones Day
2727 North Harwood Street
Dallas, Texas 75201
**Attorneys for Defendant Experian**

David L. Wallach, Esq.
Jones Day
555 California Street
San Francisco, California 94105
**Attorneys for Defendant Experian**

Thomas P. Quinn, Esq.
Nokes & Quinn
450 Ocean Avenue
Laguna Beach, California 92651
**Attorneys for Defendant Equifax**

Timothy Peter Johnson, Esq.
Law Offices of Timothy P. Johnson
17821 E. 17th Street, Suite 290
Tustin, California 92780
**Attorney for Defendant Pinnacle**

Cara L. Hergenroether, Esq.
King & Spalding, LLP
1180 Peachtree Street
Atlanta, Georgia 30309
**Attorneys for Defendant Equifax**

Tomio Buck Narita, Esq.
Jeffrey A. Topor, Esq.
Simmonds & Narita LLP
44 Montgomery Street, Suite 3010
San Francisco, California 94104
**Attorneys for Defendant Asset Acceptance**

David S. Reidy, Esq.
Reed Smith LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111
**Attorneys for Defendant Discover**

I am readily familiar with the practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with United States Postal Service on that same day with postage thereon fully prepaid before the hour of 5:00 p.m., in the ordinary course of business.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 23, 2008

                                                  *Marlene Mourer*
                                                  Marlene Mourer

*Stipulation for Dismissal of Claims against DFS Services, LLC - Case No. CV 07 05956 CRB*