Robert Michael Williams
269 S. Beverly Drive, Suite 588
Beverly Hills, CA 90212
Ph: (310) 270-7194    Fax: (925) 828-0734
twmeg@aol.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MICHAEL WILLIAMS, ) | Case No.: CV 07 05956 CRB |
| ) | |
| Plaintiff, ) | **[PROPOSED] ORDER FOR** |
| ) | **DISMISSAL OF PLAINTIFF'S** |
| v. ) | **CLAIMS AGAINST DEFENDANT** |
| ) | **DFS SERVICES, LLC (FORMERLY** |
| DFS SERVICES, LLC, et. al, ) | **DISCOVER FINANCIAL** |
| ) | **SERVICES, LLC)** |
| Defendants. ) | |

Pursuant to the stipulation of the parties, it is hereby ordered that Plaintiff's claims against Defendant DFS Services, LLC (formerly Discover Financial Services, LLC) are dismissed with prejudice and without costs to any party.

Dated: June _____, 2008

By: _____
The Honorable Charles R. Breyer
Judge of the U.S. District Court

*Order for Dismissal of Claims against DFS Services, LLC - Case No. CV 07 05956 CRB*

1