Robert Michael Williams
269 S. Beverly Drive, Suite 588
Beverly Hills, CA 90212
Ph: (310) 270-7194    Fax: (925) 828-0734
twmeg@aol.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MICHAEL WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>DFS SERVICES, LLC, et. al,<br><br>Defendants. | Case No.: CV 07 05956 CRB<br><br>[PROPOSED] ORDER FOR DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT DFS SERVICES, LLC (FORMERLY DISCOVER FINANCIAL SERVICES, LLC) |

Pursuant to the stipulation of the parties, it is hereby ordered that Plaintiff's claims against Defendant DFS Services, LLC (formerly Discover Financial Services, LLC) are dismissed with prejudice and without costs to any party.

Dated: June __24__, 2008

By: _____
The Honorable Charles R. Breyer
Judge

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

*Order for Dismissal of Claims against DFS Services, LLC - Case No. CV 07 05956 CRB*

1