TOMIO B. NARITA (SBN 156576)
JEFFREY A. TOPOR (SBN 195545)
ROBIN M. BOWEN (SBN 230309)
SIMMONDS & NARITA LLP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Telephone: (415) 283-1000
Facsimile:   (415) 352-2625
tnarita@snllp.com
jtopor@snllp.com
rbowen@snllp.com

Attorneys for Defendant
Asset Acceptance, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT MICHAEL WILLIAMS,<br><br>Plaintiff,<br><br>vs.<br><br>TRANS UNION LLC, EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX INFORMATION SERVICES, LLC; AMERICAN EXPRESS TRAVEL RELATED SERVICES; DISCOVERY FINANCIAL SERVICES; PINNACLE CREDIT SERVICES, INC.; ASSET ACCEPTANCE, LLC; and NATIONAL CREDIT ADJUSTERS, LLC<br><br>Defendants. | CASE NO.: 3:07-CV-05956 CRB<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Robin M. Bowen, Esq. of the law firm Simmonds & Narita LLP hereby notes her appearance as additional counsel for defendant Asset Acceptance, LLC in this matter.

DATED: June 24, 2008                SIMMONDS & NARITA LLP
                                    TOMIO B. NARITA
                                    JEFFREY A. TOPOR
                                    ROBIN M. BOWEN


                            By:    s/Robin M. Bowen
                                    Robin M. Bowen
                                    Attorneys for Defendant
                                    Asset Acceptance, LLC