1 | TOMIO B. NARITA (SBN 156576)
  | JEFFREY A. TOPOR (SBN 195545)
2 | ROBIN M. BOWEN (SBN 230309)
  | SIMMONDS & NARITA LLP
3 | 44 Montgomery Street, Suite 3010
  | San Francisco, CA 94104-4816
4 | Telephone: (415) 283-1000
  | Facsimile:   (415) 352-2625
5 | tnarita@snllp.com
  | jtopor@snllp.com
6 | rbowen@snllp.com

7 | Attorneys for Defendant
  | Asset Acceptance, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

ROBERT MICHAEL WILLIAMS,   ) CASE NO.: 3:07-CV-05956 CRB
                           )
         Plaintiff,        )
                           ) **PROOF OF SERVICE**
    vs.                    )
                           )
TRANS UNION LLC, EXPERIAN  )
INFORMATION SOLUTIONS,     )
INC.; EQUIFAX INFORMATION  )
SERVICES, LLC; AMERICAN    )
EXPRESS TRAVEL RELATED     )
SERVICES; DISCOVERY        )
FINANCIAL SERVICES;        )
PINNACLE CREDIT SERVICES,  )
INC.; ASSET ACCEPTANCE, LLC; )
and NATIONAL CREDIT        )
ADJUSTERS, LLC             )
                           )
         Defendants.       )
_____)

# PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to this action. My business address is: 44 Montgomery Street, Suite 3010, San Francisco, California 94104-4816.

I am readily familiar with the business practices of my employer, Simmonds & Narita LLP, for the collection and processing of correspondence with the United States Postal Service and that said correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

On this date, I served copies of the following document:

1) **NOTICE OF APPEARANCE OF COUNSEL (DOCKET ENTRY NO. 54)**

by causing such document to be placed in a sealed envelope for collection and delivery as indicated below:

**VIA UNITED STATES MAIL**

Robert M. Williams
269 South Beverly Dr., Suite 588
Beverly Hills, CA 90212
Plaintiff in pro per

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on this 24th day of June, 2008.

_____
Stephanie Schmitt