**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **June 27, 2008**

**C-07-05956 CRB**

 **ROBERT MICHAEL WILLIAMS  v.  TRANS UNION, et al.**

Attorneys:     James Margolis                    Robin Bowen, James Margolis

                                    Timothy Johnson,

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **Not Reported**

**PROCEEDINGS:**                                        **RULING:**

1.  Further Case Management Conference  - Held                        

2.                                                              

3.                                                              

**ORDERED AFTER HEARING:**

                                                                        

                                                                        

( ) ORDER TO BE PREPARED BY:    Plntf _____   Deft _____   Court _____

( ) Referred to Magistrate Judge for:                                  

(X) CASE CONTINUED TO  October 3, 2008 @ 8:30 a.m.   for  Further Case Management Conference

Discovery Cut-Off _____       Expert Discovery Cut-Off _____
Plntf to Name Experts by _____       Deft to Name Experts by _____
P/T Conference Date _____   Trial Date _____  Set for _____ days
                    Type of Trial:  ( )Jury    ( )Court

Notes: _____