1  Thomas P. Quinn
   Nokes & Quinn
2  450 Ocean Ave.
3  Laguna Beach, CA 92651
   Tel: (949) 376-3055
4  Fax: (949) 376-3070
5  E-mail: TQuinn@nokesquinn.com

6  Cara Hergenroether, Esq.
   King & Spalding LLP
7  1180 Peachtree Street N.E.
8  Atlanta, GA 30309-3521
   Tel: (404) 215-5796
9  Fax: (404) 572-5100
10 Email: CHergenroether@kslaw.com

11 Attorneys for Defendant EQUIFAX
   INFORMATION SERVICES, LLC
12

FILED

08 JUN 25 PM 2: 35

13                IN THE UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
14

15 ROBERT MICHAEL WILLIAMS,         )
                                    )
16         Plaintiff,               )   Case No. 3:07-CV-05956-CRB
                                    )
17    vs.                           )   ***APPLICATION FOR ADMISSION***
                                    )   ***OF CARA HERGENROETHER***
18                                  )   ***PRO HAC VICE***
19                                  )
   TRANS UNION, LLC, EXPERIAN       )
20 INFORMATION SOLUTIONS, INC.,     )
   EQUIFAX INFORMATION SERVICES,    )
21 LLC. AMERICAN EXPRESS TRAVEL     )
   RELATED SERVICES INC., DISCOVER  )
22 FINANCIAL SERVICES; PINNACLE     )
   CREDIT SERVICES INC; ASSET       )
23 ACCEPTANCE LLC; and NATIONAL     )
   CREDIT ADJUSTERS, LLC,           )
24                                  )
25         Defendants.              )
                                    )

26      Pursuant to Civil L.R. 11-3, Cara Hergenroether, an active member in good standing of
27
   the bar of Georgia, hereby applies for admission to practice in the Northern District of California
28

- 1 -
**ORIGINAL**

on a *pro hac vice* basis representing Equifax Information Services LLC, in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of the highest court of Georgia;

2. I agree to abide by the Standards of Professional Conduct set forth in the Local Rules of the Northern District of California and agree to become familiar with the Alternative Dispute Resolution program of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Thomas P. Quinn, Jr. (SBN: 132268)
Nokes & Quinn
450 Ocean Ave.
Laguna Beach, CA 92651
Tel: (949) 376-3055
Fax: (949) 376-3070
E-mail: tquinn@nokesquinn.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 20, 2008.

By: *Cara Hergenroether*
Cara Hergenroether, Esq.
King & Spalding LLP
1180 Peachtree Street N.E.
Atlanta, GA 30309-3521
Tel: (404) 215-5796
Fax: (404) 572-5100
CHergenroether@kslaw.com
Attorneys for Equifax Information Services LLC

- 2 -

## CERTIFICATE OF SERVICE

WILLIAMS v TRANS UNION, et al, CASE NO: CV 07 05956 CRB

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Orange, State of California, and not a party to the above-entitled cause.

On June 23, 2008. I served a true copy of the

**APPLICATION FOR ADMISSION OF CARA HERGENROETHER PRO HAC VICE; [PROPOSED] ORDER GRANTING APPLICATION**

[ ]   By personally delivering it to the persons(s) indicated below in the manner as provided in FRCivP5(B);

[ ]   By ECF: On this date, I electronically filed the following document(s) with the Clerk of the Court using the CM/ECF system, which sent electronic notification of such filing to all other parties appearing on the docket sheet;

[ X ]   By depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following;

**Robert Michael Williams, Pro Se**
269 S. Beverly Drive, Suite 588
Beverly Hills, CA 90212

**Donald E. Bradley**
Musick Peeler & Garrett LLP
650 Town Center Drive, Suite 1200
Costa Mesa, CA 92626
Tel: 714-668-2400 — Fax: 714-668-2490
Email: d.bradley@mpglaw.com

**David L. Wallach**
Jones Day
555 California Street, 26th Floor
San Francisco, CA 94104
Tel: 415-875-5827 — Fax: 415-875-5700
Email: dwallach@jonesday.com

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 1 -

CERTIFICATE OF SERVICE

**Lucinda Warnett Andrew**
Jones Day
2727 North Harwood Street
Dallas, TX 75201
Tel: (214) 220-3939 — Fax: (214) 969-5100
Email: candrew@jonesday.com

**David S. Reidy**
**Abraham Joshua Colman**
**James Edward Heffner**
Reed Smith
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111
Tel: (415) 659-5933
Email: dreidy@reedsmith.com
Email: acolman@reedsmith.com
Email: jeheffner@reedsmith.com

**Tomio B. Narita**
**Jeffrey A. Topor**
Simmonds & Narita LOP
44 Montgomery Street, Suite 3010
San Francisco, CA 94104-4816
Tel: (415) 283-1000 — Fax: (415) 352-2625
Email: tnarita@snllp.com
    jtopor@snllp.com

**Timothy Peter Johnson**
Law Offices of Timothy P. Johnson
17821 E. 17th Street, Suite 290
Tustin, CA 92780
Tel: (714) 832-1170 — Fax: (714) 832-1179
Email: tjohnson@johnson-chambers.com

I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

I hereby certify under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
YVONNE M. HOMAN

Place of Mailing: Laguna Beach, California

Executed on June 23, 2008, at Laguna Beach, California.

NOKES & QUINN
450 Ocean Avenue
Laguna Beach, CA 92651
(949) 376-3055

- 2 -

CERTIFICATE OF SERVICE