IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MICHAEL WILLIAMS, <br><br> Plaintiff, <br><br> vs. <br><br><br><br><br> TRANS UNION, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC. AMERICAN EXPRESS TRAVEL RELATED SERVICES INC., DISCOVER FINANCIAL SERVICES; PINNACLE CREDIT SERVICES INC; ASSET ACCEPTANCE LLC; and NATIONAL CREDIT ADJUSTERS, LLC, <br><br> Defendants. | Case No. 3:07-CV-05956-CRB <br><br><br> **ORDER GRANTING APPLICATION FOR ADMISSION OF CARA HERGENROETHER** *PRO HAC VICE* |

Cara Hergenroether, an active member in good standing of the bar of Georgia whose business address and telephone number is King & Spalding LLP, 1180 Peachtree Street, Atlanta, Georgia 30309, (404) 215-5796, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Equifax Information Services LLC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:_____

_____
United States District Court Judge

- 3 -