Robert Michael Williams
269 S. Beverly Drive, Suite 588
Beverly Hills, CA 90212
Ph: (310) 270-7194   Fax: (925) 828-0734
rwmeg@aol.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT MICHAEL WILLIAMS,            ) Case No.: CV 07 05956 CRB
                                    )
         Plaintiff,                 ) STIPULATION FOR DISMISSAL
                                    ) OF PLAINTIFF'S CLAIMS
    v.                              ) AGAINST DEFENDANT TRANS
                                    ) UNION, LLC
TRANS UNION, LLC, et. al,           )
                                    )
         Defendants.                )
_____)

Pursuant to FRCP 41(a)(1), Plaintiff Robert Michael Williams and Defendant Trans Union, LLC hereby stipulate to the dismissal of Plaintiff's claims against Defendant Trans Union, LLC, with prejudice.

Dated: June 27, 2008

By: _R. Michael Williams_
Plaintiff Robert Michael Williams

July 1, 2008
Dated: June ____, 2008    MUSICK, PEELER & GARRETT LLP

                          /s/ Donald E. Bradley
                      By: _____
                          Donald E. Bradley
                          Attorneys for Defendant Trans Union, LLC

Stipulation for Dismissal of Claims against Trans Union, LLC - Case No. CV 07 05956 CRB

1

Jun 27 08 01:25p
Case 3:07-cv-05956-CRB    Document 60    Filed 07/01/2008    Page 2 of 4
p.3
06/27/2008   12:08   ONCOLOGY → 919258280734                              NO.824   003

Jun 27 08 11:50a                                                                    p.3

1  Robert Michael Williams
   269 S. Beverly Drive, Suite 588
2  Beverly Hills, CA 90212
   Ph: (310) 270-7194    Fax: (925) 828-0734
3  rwmeg@aol.com

4

5
                    UNITED STATES DISTRICT COURT
6
                   NORTHERN DISTRICT OF CALIFORNIA
7

8

9  ROBERT MICHAEL WILLIAMS,          )   Case No.: CV 07 05956 CRB
                                     )
10          Plaintiff,               )
                                     )   [PROPOSED] ORDER FOR
11      v.                           )   DISMISSAL OF PLAINTIFF'S
                                     )   CLAIMS AGAINST DEFENDANT
12 TRANS UNION, LLC, et. al,         )   TRANS UNION, LLC
                                     )
13          Defendants.              )
                                     )
14 _____ )

15

16      Pursuant to the stipulation of the parties, it is hereby ordered that Plaintiff's claims

17 against Defendant Trans Union, LLC are dismissed with prejudice and without costs to any

18 party.

19 Dated: June _____, 2008

20

21

22                              By: _____
23                              The Honorable Charles R. Breyer
                                Judge of the U.S. District Court
24

25

26

27

28
   *Order for Dismissal of Claims against Trans Union, LLC - Case No. CV 07 05956 CRB*

## CERTIFICATE OF SERVICE

STATE OF CALIFORNIA
COUNTY OF ORANGE

      I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within entitled action; my business address is 650 Town Center Drive, Suite 1200, Costa Mesa, California 92626-1925.

      On July 1, 2008, I served the foregoing document(s) described as **STIPULATION FOR DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT TRANS UNION LLC; [PROPOSED] ORDER** on the interested parties in this action as follows:

**See Attached List**

☐  **BY PERSONAL DELIVERY.** I delivered such envelope by hand to the offices of the addressee.

☒  **BY MAIL.** I caused such envelope with postage thereon fully prepaid to be placed in the U.S. Mail at Costa Mesa, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Costa Mesa, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

☐  **BY FACSIMILE TRANSMISSION.** I caused such document to be transmitted to the addressee(s) facsimile number(s) noted herein. I caused the machine to print a transmission record of the transmission. No errors were reported.

☐  **BY FEDERAL EXPRESS.** I caused such envelope to the deposited at the Federal Express office at Costa Mesa, California for guaranteed one/two day delivery with delivery charges prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for delivery by Federal Express delivery service. Under that practice, it would be deposited with the delivery service on that same day with delivery charges thereon fully prepaid at Costa Mesa, California in the ordinary course of business for delivery to the addressee.

☒  **BY ECF.** I caused such documents to be e-filed with the Court which were then served via the ECF filing system.

☐  **BY EMAIL.** I emailed such documents to the addressees at their email addresses on the attached list.

Executed on July 1, 2008, at Costa Mesa, California.

☒  (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Joan Marie Donoghue*
Joan Marie Donoghue

594061.1

## SERVICE LIST

| | |
|---|---|
| Mark F. Anderson<br>Kemnitzer Anderson Barron & Ogilvie LLP<br>445 Bush St., 6th Floor<br>San Francisco, CA 94108<br>Phone: 415-861-2265<br>Fax: 415-861-3151<br>mark@kabolaw.com | James Edward Heffner<br>David S. Reidy<br>Abraham J. Colman<br>Reed Smith<br>Two Embarcadero Center, Suite 2000<br>San Francisco, CA 94111<br>Phone: 415-659-5996<br>jeheffner@reedsmith.com<br>dreidy@reedsmith.com<br>acolman@reedsmith.com |
| David L. Wallach<br>Jones Day<br>555 California St., 26th Floor<br>San Francisco, CA 94104<br>Phone: 415-875-5827<br>Fax: 415-875-5700<br>dwallach@jonesday.com | Thomas P. Quinn<br>Nokes & Quinn<br>450 Laguna Avenue<br>Laguna Beach, CA 92651<br>Phone: 949-376-3055<br>Fax: 949-376-3070<br>yhoman@nokesquinn.com |
| Tomio B. Narita<br>Jeffrey A. Topor<br>Robin M. Bowen<br>Simmonds & Narita LLP<br>44 Montgomery St., Ste. 3010<br>San Francisco, CA 94104-4816<br>Phone: 415-283-1000<br>Fax: 415-352-2625<br>tnarita@snllp.com<br>jtopor@snllp.com | Lucinda W. Andrew<br>Jones Day<br>2727 N. Harwood St.<br>Dallas, TX 75201<br>Phone: 214-220-3939<br>Fax: 214-969-5100<br>candrew@jonesday.com |
| Timothy P. Johnson<br>Law Office of Timothy P. Johnson<br>17821 E. 17th Street, Suite 290<br>Tustin, CA 92780 | |

MUSICK, PEELER
& GARRETT LLP
ATTORNEYS AT LAW

594061.1

2