Jun 27 08 01:29p                                                              p.3
06/27/2008   12:08   ONCOLOGY → 919258280734                     NO.824   003
Jun 27 08 11:50a                                                              p.3

```
1  Robert Michael Williams
   269 S. Beverly Drive, Suite 588
2  Beverly Hills, CA 90212
3  Ph: (310) 270-7194    Fax: (925) 828-0734
   twmeg@aol.com
4
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MICHAEL WILLIAMS, | Case No.: CV 07 05956 CRB |
| Plaintiff, | [PROPOSED] ORDER FOR DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT TRANS UNION, LLC |
| v. | |
| TRANS UNION, LLC, et. al, | |
| Defendants. | |

Pursuant to the stipulation of the parties, it is hereby ordered that Plaintiff's claims against Defendant Trans Union, LLC are dismissed with prejudice and without costs to any party.

Dated: June _____, 2008

By: _____
The Honorable Charles R. Breyer
Judge of the U.S. District Court

*Order for Dismissal of Claims against Trans Union, LLC - Case No. CV 07 05956 CRB*

RECEIVED   JUN-27-2008   01:25PM   FROM-                TO-MUSICK,PEELER & GARR   PAGE 003