Jun 27 08 01:29p                                                                                p.3
06/27/2008   12:08   ONCOLOGY → 9192582B0734                              NO.824   003
Jun 27 08 11:50a                                                                                p.3

1  Robert Michael Williams
2  269 S. Beverly Drive, Suite 588
   Beverly Hills, CA 90212
3  Ph: (310) 270-7194   Fax: (925) 828-0734
   twmeg@aol.com
4
5
                    UNITED STATES DISTRICT COURT
6
                   NORTHERN DISTRICT OF CALIFORNIA
7
8
9  ROBERT MICHAEL WILLIAMS,         )  Case No.: CV 07 05956 CRB
                                    )
10             Plaintiff,           )  [PROPOSED] ORDER FOR
                                    )  DISMISSAL OF PLAINTIFF'S
11       v.                         )  CLAIMS AGAINST DEFENDANT
                                    )  TRANS UNION, LLC
12 TRANS UNION, LLC, et. al,        )
                                    )
13             Defendants.          )
14 _____)
15
16     Pursuant to the stipulation of the parties, it is hereby ordered that Plaintiff's claims
17 against Defendant Trans Union, LLC are dismissed with prejudice and without costs to any
18 party.   July 3, 2008
19 Dated: June_____, 2008
20
21
22                    By: IT IS SO ORDERED
23                        /s/ Judge Charles R. Breyer
24                        (United States District Court, Northern District of California seal)
25
26
27
28 *Order for Dismissal of Claims against Trans Union, LLC - Case No. CV 07 05956 CRB*

RECEIVED   JUN-27-2008   01:25PM   FROM-                TO-MUSICK,PEELER & GARR   PAGE 003