Jun 27 08 02:28p  Case 3:07-cv-05956-CRB   Document 62   Filed 07/17/2008   Page 1 of 3   p.11

1 | Robert Michael Williams
2 | 269 S. Beverly Drive, Suite 588
  | Beverly Hills, CA 90212
3 | Ph: (310) 270-7194    Fax: (925) 828-0734
  | twmeg@aol.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MICHAEL WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et. al,<br><br>Defendants. | Case No.: CV 07 05956 CRB<br><br>**STIPULATION FOR DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.** |

Pursuant to FRCP 41(a)(1), Plaintiff Robert Michael Williams and Defendant Experian Information Solutions, Inc. hereby stipulate to the dismissal of Plaintiff's claims against Defendant Experian Information Solutions, Inc. with prejudice.

Dated: June 27, 2008

By: _R. Michael Williams_
Plaintiff Robert Michael Williams

Dated: July 17, 2008      JONES DAY

By: _Lucinda W. Andrew_
Lucinda W. Andrew
Attorneys for Defendants
Experian Information Solutions, Inc.

*Stipulation for Dismissal of Claims against Experian Information Solutions, Inc. - Case No. CV 07 05956 CRB*

1

# CERTIFICATE OF SERVICE

- I am over the age of eighteen years and not a party to the within entitled action; my business address is: **2727 North Harwood Street, Dallas, Texas 75201**.

- On **July 17, 2008**, I served the foregoing document(s):

STIPULATION FOR DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC

- on the interested parties in this action by placing a true copy thereof, enclosed in a sealed envelope, addressed as follows:

| | |
|---|---|
| **Robert Michael Williams, Pro Se**<br>269 S. Beverly Drive, Suite 588<br>Beverly Hills, CA 90212 | **Donald E. Bradley**<br>Musick Peeler & Garrett LLP<br>650 Town Center Drive<br>Suite 1200<br>Costa Mesa, CA 92626<br>Email: d.bradley@mpglaw.com<br><br>Attorneys for Defendant Trans Union LLC |
| **Thomas P. Quinn**<br>Nokes & Quinn<br>450 Ocean Avenue<br>Laguna Beach, CA 92651<br>Email: tquinn@nokesquinn.com<br><br>Attorneys for Defendant Equifax Information Services, LLC | **Tomio B. Narita**<br>**Jeffrey A. Topor**<br>Simmonds & Narita LLP<br>44 Montgomery St., Suite 3010<br>San Francisco, CA 94104-4816<br>Email: tnarita@snllp.com<br>         jtopor@snllp.com<br><br>Attorneys for Defendant Asset Acceptance, Inc. |
| **Timothy P. Johnson**<br>Johnson & Chambers<br>17821 E. 17th St., Suite 290<br>Tustin, CA 92780<br>Email: tjohnson@johnson-chambers.com<br><br>Attorneys for Pinnacle Credit Services, Inc. | **David S. Reidy**<br>REED SMITH<br>Two Embarcadero Center, Suite 2000<br>San Francisco, CA 94111-3922<br>Email: dreidy@reedsmith.com<br><br>Attorneys for DFS Services LLC |

1  I caused such envelope to be deposited in the mail at Dallas, Texas. The envelope was
2  mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of
3  collection and processing correspondence for mailing. Under that practice, it would be deposited
4  with U.S. postal service on that same day with postage thereon fully prepaid at Dallas, Texas in the
5  ordinary course of business. I am aware that on motion of the party served, service is presumed
6  invalid if postal cancellation date or postage meter date is more than one day after date of deposit
7  for mailing in affidavit.

8  I declare under penalty of perjury under the laws of the State of Texas that the foregoing is
9  true and correct.

10  Executed on July 17, 2008, at Dallas, Texas.

_____
Cindy W. Andrew