1  Robert Michael Williams
2  269 S. Beverly Drive, Suite 588
   Beverly Hills, CA 90212
3  Ph: (310) 270-7194    Fax: (925) 828-0734
   twmeg@aol.com
4
5
6                UNITED STATES DISTRICT COURT
7                NORTHERN DISTRICT OF CALIFORNIA
8
9  ROBERT MICHAEL WILLIAMS,        )  Case No.: CV 07 05956 CRB
                                   )
10         Plaintiff,               )
                                   )  **[PROPOSED] ORDER FOR**
11      v.                          )  **DISMISSAL OF PLAINTIFF'S**
                                   )  **CLAIMS AGAINST DEFENDANT**
12 EXPERIAN INFORMATION SOLUTIONS, INC., )  **EXPERIAN INFORMATION**
13 et. al,                         )  **SOLUTIONS, INC.**
                                   )
14         Defendants.              )
                                   )
15 ─────────────────────────────────
16
        Pursuant to the stipulation of the parties, it is hereby ordered that Plaintiff's claims
17
   against Defendant Experian Information Solutions, Inc. are dismissed with prejudice and
18
   without costs to any party.
19
20 Dated: July _____, 2008
21
22
23                              By: _____
                                   The Honorable Charles R. Breyer
24                                 Judge of the U.S. District Court
25
26
27
28 *Order for Dismissal of Claims against Experian Information Solutions, Inc. - Case No. CV 07 05956 CRB*

                                                                                               1