1 | Robert Michael Williams
2 | 269 S. Beverly Drive, Suite 588
  | Beverly Hills, CA 90212
3 | Ph: (310) 270-7194   Fax: (925) 828-0734
  | twmeg@aol.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROBERT MICHAEL WILLIAMS, | ) | Case No.: CV 07 05956 CRB |
|---|---|---|
| Plaintiff, | ) | ~~[PROPOSED]~~ ORDER FOR DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. |
| v. | ) | |
| EXPERIAN INFORMATION SOLUTIONS, INC., et. al, | ) | |
| Defendants. | ) | |

Pursuant to the stipulation of the parties, it is hereby ordered that Plaintiff's claims against Defendant Experian Information Solutions, Inc. are dismissed with prejudice and without costs to any party.

Dated: July __21__, 2008

By: _____
The Honorable Charles R. Breyer
Judge of the ...

**IT IS SO ORDERED**
Judge Charles R. Breyer

*Order for Dismissal of Claims against Experian Information Solutions, Inc. Case No. CV 07 05956 CRB*

1