1 | James Z. Margolis, Attorney
Law Offices of James Z. Margolis
2 | 405 14th Street, Suite 1010
Oakland, California 94610
3 | (510) 834-8311 phone
4 | (510) 834-83700 fax

FILED
08 JUL 24 PM 2:19
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5 Attorneys for Plaintiff Robert Michael Williams

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROBERT MICHAEL WILLIAMS, | ) Case No.: CV 07 05956 CRB |
|---|---|
| Plaintiff, | ) |
| v. | ) **NOTICE OF APPEARANCE OF** |
| | ) **COUNSEL FOR PLAINTIFF** |
| EQUIFAX INFORMATION SERVICES, LLC; PINNACLE CREDIT SERVICES, LLC.; and ASSET ACCEPTANCE, LLC. | ) |
| Defendants. | ) |

TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT James Z. Margolis, Esq. of the Law Offices of James Z. Marglois hereby notes his appearance as counsel for Plaintiff with respect to Defendants Equifax Information Services, LLC; Pinnacle Credit Services, LLC; and Asset Acceptance, LLC.

Dated: June 27, 2008                LAW OFFICES OF JAMES Z. MARGOLIS

By: _____
James Z. Margolis
Attorneys for Plaintiff,
Robert Michael Williams

*Notice of Appearance of Counsel for Plaintiff, Williams v. Equifax, et. al. Case No. CV 07 05956 CRB*

1

**PROOF OF SERVICE**
*William v. Equifax Information Services, LLC, et. al. - Case No. CV 07 05956 CRB*

I am employed in the County of Alameda, State of California. I am over the age of 18 and not a party to the within action. My business address is 405 14th Street, Suite 1010, Oakland, CA 94612.

I am readily familiar with my business' practice for collection and processing for mailing with the United States Postal Service. Pursuant to such business practice, on July 24, 2008, I served the foregoing document described as:

**NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF**

on all interested parties in this action by placing a true copy thereof in a sealed envelope with first class postage fully prepaid, and deposited with the United State Postal Service on this date in the ordinary course of business, at Oakland, CA, properly addressed as follows:

| | |
|---|---|
| Thomas P. Quinn, Esq.<br>Nokes & Quinn<br>450 Ocean Avenue<br>Laguna Beach, California 92651<br>**Attorneys for Defendant Equifax** | Cara L. Hergenroether, Esq.<br>King & Spalding, LLP<br>1180 Peachtree Street<br>Atlanta, Georgia 30309<br>**Attorneys for Defendant Equifax** |
| Timothy Peter Johnson, Esq.<br>Law Offices of Timothy P. Johnson<br>17821 E. 17th Street, Suite 290<br>Tustin, California 92780<br>**Attorneys for Defendant Pinnacle** | Tomio Buck Narita, Esq.<br>Jeffrey A. Topor, Esq.<br>Robin M. Bowen, Esq.<br>Simmonds & Narita LLP<br>44 Montgomery Street, Suite 3010<br>San Francisco, California 94104<br>**Attorneys for Defendant Asset Acceptance** |

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on July 24, 2008

_____
James Z. Margolis

*Notice of Appearance of Counsel for Plaintiff, Williams v. Equifax, et. al. Case No. CV 07 05956 CRB*

2