LAW OFFICES OF TIMOTHY P. JOHNSON

ATTORNEY AT LAW
17821 E. 17TH STREET, SUITE 290
TUSTIN, CALIFORNIA 92780
(714) 832-1170
FAX (714) 832-1179
internet: www.johnson-chambers.com

Timothy P. Johnson
tjohnson@johnson-chambers.com

admin@johnson-chambers.com

June 30, 2008

James Z. Margolis, Esq.
405 14th Street, Suite 1010
Oakland, CA 94612

    RE:    *Williams v. Transunion, et al.*

Dear Mr. Margolis:

    As you may recall, I represent Pinnacle Credit Services, LLC, in this litigation. It was a pleasure meeting you on Friday at the court hearing.

    Mr. Williams recently served discovery responses on me. I did not believe that the bulk of the responses which consisted mainly of objections and references to unattached documents were appropriate and I wrote Mr. Williams on June 25 to advise him of that and to attempt to meet and confer with him. He responded by letter dated June 26. I have enclosed a copy of both of those letters.

    Mr. Williams' response to my attempt to meet and confer with him was inadequate, however, I will attribute that to his lack of understanding of the purpose of my letter to him and his lack of legal training. I would appreciate your reviewing my letter and providing me with your comments regarding supplemental responses.

    Thank you for your attention to this matter.

                                            Very truly yours,

                                            LAW OFFICES OF TIMOTHY P. JOHNSON

                                            Timothy P. Johnson

TPJ:me/005