# LAW OFFICES OF TIMOTHY P. JOHNSON

**ATTORNEY AT LAW**
17821 E. 17TH STREET, SUITE 290
TUSTIN, CALIFORNIA 92780
(714) 832-1170
FAX (714) 832-1179
internet: www.johnson-chambers.com

Timothy P. Johnson
tjohnson@johnson-chambers.com

admin@johnson-chambers.com

July 17, 2008

James Z. Margolis, Esq.
405 14th Street, Suite 1010
Oakland, CA 94612

    RE:   *Williams v. Transunion, et al.*

Dear Mr. Margolis:

    First, I want to confirm that you granted my secretary, Carol, a one day extension to July 17, 2008, to serve responses to plaintiff's discovery. Those responses are being served along with this letter.

    Second, I wrote to you on June 30, 2008, regarding your client's responses to my discovery. I provided you with my correspondence to him regarding the adequacy of those responses and his response to my letter. To date, I have received no communications from you regarding plaintiff's discovery responses. I want to make it clear that I want and need full and complete responses to my discovery. Unless I hear from you by July 25, 2008, regarding the responses, I will assume that you are in agreement with your client regarding the adequacy of the responses and that no further responses will be provided. If so, please be advised that I will take the appropriate action to obtain a court order to obtain full and complete responses.

    Thank you for your attention to this matter.

                                Very truly yours,

                                **LAW OFFICES OF TIMOTHY P. JOHNSON**

                                Timothy P. Johnson

TPJ:me/008