LAW OFFICES OF TIMOTHY P. JOHNSON

ATTORNEY AT LAW
17821 E. 17TH STREET, SUITE 290
TUSTIN, CALIFORNIA 92780
(714) 832-1170
FAX (714) 832-1179
internet: www.johnson-chambers.com

Timothy P. Johnson
tjohnson@johnson-chambers.com

admin@johnson-chambers.com

July 25, 2008

James Z. Margolis, Esq.
405 14th Street, Suite 1010
Oakland, CA 94612

    RE:    *Williams v. Transunion, et al.*

Dear Mr. Margolis:

    I have not had any response to my letters to you of June 30, 2008 and July 17, 2008 regarding the adequacy of your client's responses to my discovery. In an effort to resolve this issue without court intervention, I would ask that you telephone me next week to discuss the responses. Please let me know what date and time is available to you next week so that I can make myself available to discuss each of the responses at issue.

    Thank you for your attention to this matter.

                         Very truly yours,

                         LAW OFFICES OF TIMOTHY P. JOHNSON

                         Timothy P. Johnson

TPJ:me/009

```
                    TRANSMISSION VERIFICATION REPORT

                                              TIME   : 08/04/2008 03:43
                                              NAME   : JOHNSON & CHAMBERS
                                              FAX    : 7148321179
                                              TEL    : 7148321170
                                              SER. # : BROB4J282447


DATE,TIME              08/04 03:42
FAX NO./NAME           15108348370
DURATION               00:01:12
PAGE(S)                02
RESULT                 OK
MODE                   STANDARD
                       ECM
```

# LAW OFFICES OF TIMOTHY P. JOHNSON

**ATTORNEY AT LAW**
17821 E. 17TH STREET, SUITE 290
TUSTIN, CALIFORNIA 92780
(714) 832-1170
FAX (714) 832-1179
Internet: www.johnson-chambers.com

Timothy P. Johnson
anson@johnson-chambers.com

admin@johnson-chambers.com

---

## FACSIMILE TRANSMITTAL SHEET

| TO: James Z. Margolis, Esq. | FROM: Timothy P. Johnson, Esq. |
|---|---|
| COMPANY: | DATE: July 25, 2008 |
| FAX NUMBER: (510) 834-8370 | TOTAL NO. OF PAGES INCLUDING COVER: |
| RE: Williams v. Trans Union, et al. | SENDER'S REFERENCE NUMBER: |

☐ MAILED            ☐ NOT MAILED

**NOTES/COMMENTS:**

Attached is my letter of this date regarding the adequacy of your client's discovery responses.