UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MICHAEL WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>EQUIFAX INFORMATION SERVICES, LLC; and ASSET ACCEPTANCE, LLC.<br><br>    Defendants. | Case No.: CV 07 05956 CRB<br><br>[PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC ONLY |

CONSIDERING the foregoing Stipulation of Dismissal with Prejudice by and between Plaintiff Robert Michael Williams and Defendant Equifax Information Services, LLC:

IT IS HEREBY ORDERED that the claims and demands of Plaintiff Robert Michael Williams against Defendant Equifax Information Services, LLC ONLY are hereby dismissed with prejudice.

Dated: May 4, 2009

_____
JUDGE, UNITED STATES DISTRICT COURT

IT IS SO ORDERED
Judge Charles R. Breyer

*Case No. CV 07 05956 CRB*