1  TOMIO B. NARITA (SBN 156576)
   JEFFREY A. TOPOR (SBN 195545)
2  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
3  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
4  Facsimile:  (415) 352-2625
   tnarita@snllp.com
5  jtopor@snllp.com

6  Attorneys for Defendant
   Asset Acceptance, LLC
7

8
                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10
                    SAN FRANCISCO DIVISION
11

12  ROBERT MICHAEL WILLIAMS,        )  CASE NO.: 3:07-CV-05956 CRB
                                    )
13        Plaintiff,                )
                                    )  **STIPULATION AND** ~~PROPOSED~~
14        vs.                       )  **ORDER TO CONTINUE CASE**
                                    )  **MANAGEMENT CONFERENCE**
15  TRANS UNION LLC, EXPERIAN       )
    INFORMATION SOLUTIONS,          )
16  INC.; EQUIFAX INFORMATION       )  Date:    August 7, 2009
    SERVICES, LLC; AMERICAN         )  Time:    8:30 a.m.
17  EXPRESS TRAVEL RELATED          )
    SERVICES; DISCOVERY             )  The Honorable Judge Charles R. Breyer
18  FINANCIAL SERVICES;             )
    PINNACLE CREDIT SERVICES,       )
19  INC.; ASSET ACCEPTANCE, LLC;    )
    and NATIONAL CREDIT             )
20  ADJUSTERS, LLC                  )
                                    )
21        Defendants.               )
                                    )
22  _____  )

23
24
25
26
27
28

1     WHEREAS pursuant to the Court's Order dated June 1, 2009, this matter was set for a further Case Management Conference on August 7, 2009 at 8:30 a.m., and

3     WHEREAS pursuant to the Court's Order dated June 12, 2009, this matter was also set for a Settlement Conference before the Honorable Judge Maria-Elena James on September 16, 2009 at 10:00 a.m.,

6     THEREFORE the parties hereby stipulate to request that the Case Management Conference be continued to September 18, 2009 at 10:00 a.m.

SO STIPULATED.

DATED: July 28, 2009        SIMMONDS & NARITA LLP
                                       TOMIO B. NARITA
                                       JEFFREY A. TOPOR

                                 By:   s/Tomio B. Narita
                                            Tomio B. Narita
                                            Attorneys for Defendant
                                            Asset Acceptance, LLC

DATED: July 28, 2009        LAW OFFICES OF JAMES Z. MARGOLIS
                                       JAMES Z. MARGOLIS

                                 By:   s/James Z. Margolis
                                            James Z. Margolis
                                            Attorney for Plaintiff
                                            Robert Michael Williams

//
//
//

1 | **[PROPOSED] ORDER**
2 | Pursuant to the stipulation of the parties and good cause appearing, IT IS
3 | HEREBY ORDERED that the parties' request to continue the Case Management
4 | Conference is GRANTED. The Case Management Conference previously set for
5 | August 7, 2009 is hereby continued to September 18, 2009 at ~~10:00~~ 8:30 a.m.
6 | IT IS SO ORDERED.
7 |
8 | DATED: JUL 3 0 2009, 2009
9 |
10 | Hon. Charles R. Breyer
   | U.S. District Court Judge
11 | Northern District of California