IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MICHAEL WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>Asset Acceptance, LLC.,<br><br>    Defendant.<br>_____/ | No. CV 07-5956 CRB<br><br>**ORDER DIRECTING SUBMISSION OF DECLARATION EXPLAINING GOOD CAUSE FOR SEALING DOCUMENTS** |

This Court is in receipt of the parties' joint Proposed Order for Removal and Seal of Documents 96 and 99. Pursuant to Local Rule 79-5, the party or parties seeking the sealing order are directed to file a motion for administrative relief, accompanied by a declaration explaining the basis for sealing the documents.

**IT IS SO ORDERED.**

Dated: Sept. 21, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2007\5956\Sealing Order-1.wpd