JAMES Z. MARGOLIS, ESQ. (Bar No. 52613)
405 14th Street, Suite 1010
Oakland, CA 94612
Ph: (510) 834-8311    Fax: (510) 834-8370
jzmarg@sbcglobal.net

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MICHAEL WILLIAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>ASSET ACCEPTANCE, LLC.<br><br>    Defendants. | Case No.: CV 07 05956 CRB<br><br>(~~PROPOSED~~) ORDER FOR REMOVAL AND SEAL OF DOCUMENTS 96 AND 99 FILED IN THIS ACTION |

### ORDER

Pursuant to the stipulation of the parties and good cause appearing, the Clerk of this Court is hereby directed to permanently remove Document Numbers 96 and 99 from the Court's e-filing system, and seal Documents 96 and 99 filed in this action.

Dated: September __25__, 2009



_____
CHIEF MAGISTRATE MARIA-ELENA JAMES,
United States District Court, Northern District of California

*Order, Williams v. Asset Acceptance, et. al. Case No. CV 07 05956 CRB*